Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Young B. Kim |
|---|---|---|---|
| **CASE NUMBER** | 18 GJ 370 | **DATE** | JUNE 23, 2022 |
| **CASE TITLE** | U.S. v. THOMAS PAVEY, ET AL. | | |

DOCKET ENTRY TEXT       **UNDER SEAL**

### Grand Jury Proceeding

The Grand Jury for SPECIAL JULY 2021 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge [signature]

TO ISSUE BENCH WARRANTS AS TO BOTH DEFENDANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) COPY OF THE ARREST WARRANTS BE PROVIDED TO ASSISTANT U.S. ATTORNEY ANN MARIE URSINI (ANNMARIE.URSINI@USDOJ.GOV) AND TO INVESTIGATING LAW ENFORCEMENT AGENT TIMOTHY MALAK (TJMALAK@FBI.GOV) IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANTS.

THIS INFORMATION IS TO REMAIN SEALED UNTIL BOTH DEFENDANTS ARE ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE [signature] (ONLY IF FILED UNDER SEAL)
or MAGISTRATE JUDGE

**FILED** JUN 23 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Courtroom Deputy Initials: EC

1:22-cr-323
Judge Steven C. Seeger
Magistrate Judge Gabriel A. Fuentes
RANDOM