## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                            Case No.: 1:22−cr−00323
                                                             Honorable Steven C. Seeger

Thomas Pavey, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 25, 2023:

       MINUTE entry before the Honorable Gabriel A. Fuentes as to Raheim Hamilton: The Court was advised that the government possesses a transcript of Defendant Hamilton's earlier detention hearing in the Eastern District of Virginia. The Court kindly requests that the government file that transcript on the docket in this matter in advance of the Court's hearing on Mr. Hamilton's Motion for Pretrial Release (doc. #[37]) at 1:30 p.m. on 1/27/23. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.