UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>THOMAS PAVEY,<br>    also known as "dopenugget," and<br>RAHEIM HAMILTON,<br>    also known as "ZeroAngel" | No. 22 CR 323-2<br><br>Judge Gabriel A. Fuentes |

**GOVERNMENT'S DETENTION EXHIBIT
AS TO RAHEIM HAMILTON**

The UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully states as follows:

On December 21, 2022, defendant Raheim Hamilton was arrested in the Eastern District of Virginia. A hearing was held in that district on December 23, 2022, at which Hamilton was ordered detained ("the Virginia hearing"), and he was thereafter transported to the Northern District of Illinois. At an initial appearance and arraignment in this district, on January 19, 2023, defendant indicated he planned to move for release. The Court ordered defendant to file a motion by January 24, 2023, identifying any changed circumstances since the Virginia hearing. The Court indicated the government was permitted but not required to file a written response.

On Tuesday, January 23, 2023, defendant filed a motion for pretrial release. (Dkt. 37.) A hearing on defendant's motion is scheduled for Friday, January 27, 2023. (Dkt. 28.)

The government intends to oppose the defendant's motion for release at the hearing. In support, the government offers the attached transcript of the detention hearing held in Virginia, before Hamilton's transfer to this district. (Exhibit A.) This transcript was provided to defense counsel and pretrial services on January 19, 2023.

Dated: January 25, 2023          Respectfully submitted.

                                JOHN R. LAUSCH, JR.
                                United States Attorney

By:   */s/ Ann Marie E. Ursini*
       Ann Marie E. Ursini
       Melody Wells
       Assistant United States Attorneys
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604