UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No. 1:22-CR-00323 |
| | ) |
| RAHEIM HAMILTON, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT RAHEIM HAMILTON'S WITHDRAWAL WITHOUT PREJUDICE OF MOTION FOR PRETRIAL RELEASE**

Defendant Raheim Hamilton ("Mr. Hamilton") respectfully withdraws his pending Motion for Pretrial Release (ECF No. 37). Mr. Hamilton's withdrawal of the motion is without prejudice to his ability to move for pretrial release in the future as permitted by law. Undersigned counsel spoke with counsel for the government in this matter on January 26, 2023, and the government had no objection to Mr. Hamilton withdrawing the motion without prejudice. Undersigned counsel also alerted Pretrial Services that Mr. Hamilton's motion was being withdrawn. Finally, undersigned counsel alerted the Court's Courtroom Deputy to Mr. Hamilton's planned withdrawal filing, and counsel understands the Court will proceed with the hearing scheduled tomorrow and address the withdrawal at that time. Accordingly, undersigned counsel will be present tomorrow.

Date: January 26, 2023                                   Respectfully submitted,


                                                          */s/William J. Edelman*
                                                          WILLIAM J. EDELMAN

                                                          *Attorney for Raheim Hamilton*

Delahunty & Edelman LLP
200 E. Randolph St.
Suite 5100
Chicago, IL 60601
Ph: (312) 820-2501

1

Fax: (415) 891-6256
Email: wedelman@delawllp.com

## CERTIFICATE OF SERVICE

The undersigned states that, on January 26, 2023, he caused the above to be served on counsel of record by way of ECF filing.

                                         Respectfully submitted,

                                         */s/ William J. Edelman*
                                         WILLIAM J. EDELMAN

                                         *Attorney for Raheim Hamilton*