UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHEIM HAMILTON | No. 22 CR 323-2<br><br>Judge Steven C. Seeger |

**MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with conspiracy to sell, transfer and deliver false, forged, counterfeited and altered obligations and securities of the United States, with the intent that the same be passed, published, and used as true and genuine, in violation of Title 18, United States Code, Sections 371 and 473.

2. The discovery to be provided by the government in this case includes sensitive information, the unrestricted dissemination of which could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant, who agrees to the entry of the proposed order.

1

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

                                  Respectfully submitted,

                                  JOHN R. LAUSCH, JR.
                                  United States Attorney

By:   /s/ *Melody Wells*
        MELODY WELLS
        ANN MARIE URSINI
        Assistant U.S. Attorneys
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604

Dated: January 27, 2023