# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Thomas Pavey, et al.

Defendant.

Case No.: 1:22−cr−00323

Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2023:

MINUTE entry before the Honorable Gabriel A. Fuentes as to Raheim Hamilton: Motion hearing held on Defendant's motion for pretrial release (doc. #[37]). Prior to today's hearing, the Court was informed that defense counsel would be withdrawing the motion without prejudice. At hearing, defendant stated through counsel that he wishes to press the motion, and not withdraw it. For the reasons stated on the record, defendant's request to withdrawal the motion for pretrial release is withdrawn, and his notice of withdrawal (doc. #[41]) is stricken. Defendant's motion for pretrial release is entered and continued. The government may respond to that motion in writing by 5 p.m. on 2/6/23 or orally at the motion hearing. The motion hearing is reset for 9 a.m. on 2/7/23 in Courtroom #1838 of the Dirksen U.S. Courthouse. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.