UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHEIM HAMILTON | No. 22 CR 323<br><br>Magistrate Judge Fuentes |

MEMORANDUM IN SUPPORT OF CONTINUED DETENTION

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, submits this memorandum in support of the continued detention of defendant Raheim HAMILTON.

The government's evidence, including undisclosed travel, undisclosed foreign ties, undisclosed identification documents (including fake identification documents), the defendant's unexplained wealth, undisclosed assets and the defendant's statements to friends and family related to illegal activity and money laundering – among other evidence – demonstrates that the defendant, Raheim HAMILTON is a serious flight risk and that no combination of conditions will reasonably assure his appearance. Accordingly, the government respectfully requests that the court order the defendant's continued detention.

I. Procedural Background

On June 23, 2022, a grand jury sitting in the Northern District of Illinois returned an indictment charging the defendant with conspiracy to sell counterfeit currency. On December 21, 2022, defendant was arrested in the Eastern District of

Virginia and a warrant for the search of his home and electronic devices was executed. Defendant appeared in the Eastern District of Virginia for an initial appearance. On December 23, 2022, following a contested detention hearing, the defendant was ordered detained. A transcript of that hearing was filed by the government on January 25, 2023. The government incorporates by reference the information proffered at that hearing and the findings of the magistrate judge. In conjunction with the detention hearing, a report was prepared by pretrial services in Virginia. The defendant was interviewed and provided materially false information to the pretrial services officer and withheld material information related to his assets and foreign ties. Defendant was removed in custody to Chicago and appeared before this Court on January 19, 2023. A detention hearing is scheduled for February 7, 2023 at 9:00 a.m.

    II.    <u>Applicable Law</u>

Under the Bail Reform Act of 1984, 18 U.S.C. §§ 3141–3156, a defendant may be detained in custody pending trial "[i]f, after a hearing pursuant to the provisions of subsection (f) of this section, the judicial officer finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1). The government's burden is by a preponderance of the evidence on the question of whether no conditions of release will reasonably assure a defendant's appearance in court as required. *United States v. Portes*, 786 F.2d 758, 766 (7th Cir. 1985).

The judicial officer shall, in determining whether there are conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community, consider the available information concerning—

(1) the nature and circumstances of the offense charged;

(2) the weight of the evidence against the person;

(3) the history and characteristics of the person, including—

A) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and

B) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

### III. *The Defendant is a Serious Flight Risk*

The defendant is charged with the sale of counterfeit currency, a crime that inherently involves falsifying records. As alleged in the indictment, the defendant conspired with his co-defendant to manufacture and sell counterfeit United States currency for more than a year. The defendant's charged criminal conduct was conducted on AlphaBay, a darkweb marketplace. Defendant's actions were disrupted

only by the seizure of AlphaBay's infrastructure and arrest of its founder in July 2017. *See* AlphaBay, the Largest Online 'Dark Market,' Shut Down, https://www.justice.gov/opa/pr/alphabay-largest-online-dark-market-shut-down. At the time of the seizure, the government described AlphaBay as "the largest criminal marketplace on the Internet" and noted that it was "used to sell deadly illegal drugs, stolen and fraudulent identification documents and access devices, counterfeit goods, malware and other computer hacking tools, firearms, and toxic chemicals throughout the world." AlphaBay vendors, like HAMILTON, took advantage of AlphaBay's specific design to hide their identities and their conduct from law enforcement. Namely, AlphaBay was accessible only via TOR (a/k/a the onion router) and payments were made exclusively via cryptocurrency.

For the reasons described below, the defendant has access to significant proceeds derived from criminal conduct, including the charged conduct. Those assets were not disclosed to pretrial services and are not explained by any legitimate employment. The defendant further misrepresented his extensive foreign contacts, including overseas real estate purchases and his practice of converting cryptocurrency to cash that was then delivered to him or his associates in Trinidad. There is also evidence that the defendant has used a fake name to open a financial account and that, at the time of his arrest, he had at least one false identification document. Accordingly, the defendant has the knowledge and means to flee and the incentive to do so.

      *a.*    *Defendant Has Significant Assets that He Hid From Pretrial Services.*

The defendant used the username "ZeroAngel" on AlphaBay. According to AlphaBay data, between June 18, 2016 and July 5, 2017, HAMILTON conducted approximately 2,708 sales of counterfeit bills on AlphaBay, resulting in approximately 423.7204552 bitcoin in earnings. Today, that bitcoin is worth $9,740,189.22. In his interview with Pretrial services, the only employment HAMILTON reported was that he worked at a home improvement store for approximately 5 months. Despite the lack of legitimate employment, HAMILTON purchased U.S.-based real estate, including the home where he proposes to live if released on bond, valued at nearly a million dollars. Significantly, HAMILTON also misrepresented his liquid assets to pretrial services. During the execution of the search warrant of HAMILTON's home and devices, agents recovered more than approximately $4,000,000 in cryptocurrency, $200,000 in precious metals and $100,000 in cash. None of these assets were disclosed to pretrial services, nor did HAMILTON disclose any legitimate employment activities that would have resulted in assets in those amounts. Further, based solely upon the value of proceeds HAMILTON earned from AlphaBay, the defendant still has access to a significant amount of money he earned from illegal conduct – money that is likely held in cryptocurrency, which is difficult – at best – to identify and trace.

In his detention memorandum, defendant claims that he was an "early adopter" of cryptocurrencies and has engaged in "day trading" in that space. Setting aside that he reported no such employment, financial activity or related assets to

5

pretrial services, HAMILTON has admitted to friends and family that he has lied about his finances. Specifically, in a conversation with his sister – who he proposes as his third party custodian – HAMILTON acknowledged that he lied about trading stocks as a source of income.

```
----------------------------
From:          @s.whatsapp.net dany
Timestamp: 10/10/2019 12:40:00 AM(UTC+0)
Source App: WhatsApp
Body:
You don't do the stocks no more ?
----------------------------
From:          @s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:40:31 AM(UTC+0)
Source App: WhatsApp
Body:
Nope
----------------------------
From:          @s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:40:36 AM(UTC+0)
Source App: WhatsApp
Body:
Never did
----------------------------
From:          @s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:40:48 AM(UTC+0)
Source App: WhatsApp
Body:
I just tell people that
----------------------------
```

b. *Defendant lied about his identification*

As noted above, the criminal charge in this case involves the defendant's conspiracy to sell counterfeit currency on AlphaBay, a website that was created explicitly for the purpose of selling illegal goods and services, and which the defendant's conduct demonstrates he fully understood and took advantage of. Accordingly, the defendant, more than most other defendants, has the knowledge and

6

skill to find false documents online and purchase them without detection. Indeed, the search of the defendant's home revealed additional false documents that were not disclosed to pretrial services. Specifically, a fake Florida identification card bearing the defendant's picture and a false name was recovered from the search:



In addition, what appears to be a legitimate Florida identification card in the defendant's name was recovered. This ID was not disclosed to pretrial services. Defendant also possessed an expired Trinidad and Tobago passport that was not disclosed to pretrial services.

There is additional evidence that the defendant has obtained financial accounts in false names. Specifically, a photograph of a Bitpay payment card in the name "Richard Palmer" was found on HAMILTON's phone.

7



In May 2017 an account was opened at First View Financial for a Richard Palmer living at a Suffolk, VA address, with a date of birth in 1963. The Richard Palmer account was used to purchase items and withdraw cash in and around Suffolk, Virginia, where the defendant lives. Furthermore, transactions using the card were made from an IP address associated with HAMILTON's then-home address.

  c. *Defendant Has Significant Undisclosed Foreign Ties and Undisclosed Travel*

Defendant misrepresented his travel history to pretrial services. According to records from Customs and Border Protection, HAMILTON's foreign travel includes approximately eight trips to Trinidad and Tobago between December 2016 and October 2022. Travel records from CBP also show that HAMILTON traveled to Hong Kong, Japan, and South Korea. Each of those flights are consistent with travel to Vietnam, where HAMILTON's long-term girlfriend lives. This relationship is corroborated by extensive messaging conversations between HAMILTON and his girlfriend that were recovered from his phone. The defendant has also obtained at

8

least four visas to travel to Vietnam. Other messages in HAMILTON's phone confirm his travel. For instance, on December 10, 2019, HAMILTON writes, "Yeah I have a lil Vietnamese bird gonna go visit her". On December 22, 2019, he wrote, "Ok. Yeah I'm still in Vietnam so 12 hours ahead of you" and noted that "I'll be here until February then I'll come to Trinidad."

In addition to his travel and his long-term relationship, HAMILTON has family and friends in both the United Kingdom and Trinidad. HAMILTON has used cash for cryptocurrency exchange services to send cash to contacts in both countries. For instance, HAMILTON stated that he was sending cash by mail to a UK-based contact:

> From: ▇▇▇▇▇▇@s.whatsapp.net Raheim (owner)
> Timestamp: 7/27/2021 9:41:43 PM(UTC+0)
> Source App: WhatsApp
> Body:
> Hey what's your mailing address? I'm going to try and send you some cash through the mail.
> ----------------------------
> From: ▇▇▇▇▇▇@s.whatsapp.net Raheim (owner)
> Timestamp: 7/27/2021 9:42:08 PM(UTC+0)
> Source App: WhatsApp
> Body:
> Or do you have another address where you can receive mail
> ----------------------------
> From: ▇▇▇▇▇▇@s.whatsapp.net Raheim (owner)
> Timestamp: 7/27/2021 9:42:47 PM(UTC+0)
> Source App: WhatsApp
> Body:
> Someone's going to send you ££ locally

Similarly, HAMILTON has converted a significant amount of cryptocurrency to cash using an exchanger in Trinidad. HAMILTON discussed these cash-for-crypto transactions over hundreds of messages with an individual who exchanges cash for

cryptocurrency. In summary, between June 2019 and May 2020, HAMILTON appears to have met in person in Trinidad with the crypto-for-cash exchanger approximately 37 times. During many of these meetings, HAMILTON appeared to exchange Bitcoin and other cryptocurrencies for cash. While the messages do not all explicitly reference the amount exchanged, those that do contain amounts range from approximately 5,000 Trinidadian dollars to 400,000 Trinidadian dollars. [1]

HAMILTON has purchased property in Trinidad, which he also failed to report to pretrial services. Specifically, he described structuring weekly transactions with the crypto-for-cash dealer. "In order to do the 100k a week I think the best option would be to use the money to buy real estate. But the money would need to be in the bank." Messages between HAMILTON and the exchanger show HAMILTON sent the following amounts (believed to be in Trinidadian dollars) to the exchanger on the following dates:

- 3 December 2019, 50k.
- 5 December 2019, 50k.
- 7 December 2019, 100K.
- 14 December 2019, 100k.
- 16 December 2019, 100k.
- 18 December 2019, 100k.
- 22 December 2019, 100k.
- 31 December 2019, 80k.

---

[1] Based on publicly-available exchange rates for February 6, 2023, this is approximately $737.25 and $58,979.60 respectively.

- 23 January 2020, 100k.

Based on messages from defendant's phone and photographs recovered from his phone and interviews with a U.S.-based witness, HAMILTON purchased real estate in Trinidad, and later built a home there. Multiple photos of the home and its construction were recovered from his phone.



All of these transactions demonstrated that HAMILTON has been moving money overseas and has substantial financial ties to foreign countries. In fact, HAMILTON inquired about fine art purchases in Trinidad, asking for "Anything like a picasso or van gogh..but that's probably unrealistic in Trinidad lol" or "Anything valuable from an auction house, if they have auction houses down there". HAMILTON also asked about purchasing precious metals in Trinidad, writing "Hey, do you know if there is any gold dealers in Trinidad that deals in pure 24 karat gold coins, bars, or jewelry?"

11

HAMILTON's activities are also indicative of money laundering. He discussed falsifying records related to PayPal transactions with the Trinidad-based cash for cryptocurrency exchanger. HAMILTON wrote:

> From: ▬▬▬▬@s.whatsapp.net Raheim (owner)
> Timestamp: 12/5/2019 1:10:18 AM(UTC+0)
> Hey, I'm going to create an invoice for every PayPal transfer for my records. What other services can I 'bill' you for besides IT consulting
> ----------------------------
> From: ▬▬▬▬@s.whatsapp.net Raheim (owner)
> Timestamp: 12/5/2019 1:16:46 AM(UTC+0)
> I'm actually an IT computer guy, good with installing, troubleshooting software, hardware, networking, managing systems etc
> ----------------------------
> From: ▬▬▬▬@s.whatsapp.net Raheim (owner)
> Timestamp: 12/5/2019 1:39:09 AM(UTC+0)
> It doesn't have to be related to IT but online based
> ----------------------------
> From: ▬▬▬▬@s.whatsapp.net ▬
> Timestamp: 12/5/2019 1:40:00 AM(UTC+0)
> The easiest thing would be hardware sales or something like that
> ----------------------------
> From: ▬▬▬▬@s.whatsapp.net ▬
> Timestamp: 12/5/2019 1:40:21 AM(UTC+0)
> Laptops, Desktops, CCTV cameras
> ----------------------------
> From: ▬▬▬▬@s.whatsapp.net ▬
> Timestamp: 12/5/2019 1:40:35 AM(UTC+0)
> And it would fall in the price ranges
> ----------------------------
> From: ▬▬▬▬@s.whatsapp.net Raheim (owner)
> Timestamp: 12/5/2019 1:41:51 AM(UTC+0)
> I was trying to avoid physical items because you have to keep track of inventory and what not
> ----------------------------
> From: ▬▬▬▬@s.whatsapp.net ▬
> Timestamp: 12/5/2019 1:43:52 AM(UTC+0)
> Well it can be anything you are comfortable with.

> d. *Defendant Has Admitted to Criminal Conduct, including Money Laundering and Concealing His Criminal Activities from Law Enforcement.*

In messages between HAMILTON and his sister – his proposed third party custodian – defendant describes his need to "clean" a/k/a launder his money before he can buy his sister a house.

```
----------------------------
From:          @s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:34:38 AM(UTC+0)
Source App: WhatsApp
Body:
Will buy a house for you
----------------------------
From          @s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:34:46 AM(UTC+0)
Source App: WhatsApp
Body:
But
----------------------------
From:          2@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:34:55 AM(UTC+0)
Source App: WhatsApp
Body:
Need clean money in the bank first
----------------------------
From:          @s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:35:07 AM(UTC+0)
Source App: WhatsApp
Body:
So I going start an internet/gaming café
----------------------------
```

The defendant also advised contacts about using the darkweb and concealing activity through "operational security" or "opsec". He advises his contact to use TOR and a VPN or virtual private network.

```
From:          @s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:08:05 AM(UTC+0)
Source App: WhatsApp
```

13

Body:
Nah you can't just check it out like that you need a VPN
---------------------------
From: ███████@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:08:12 AM(UTC+0)
Source App: WhatsApp
Body:
and the tor browser bundle
---------------------------
From: ███████@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:08:27 AM(UTC+0)
Source App: WhatsApp
Body:
But you have to make sure de vpn connected before you connect to tor
---------------------------
From: ███████@s.whatsapp.net
Timestamp: 2/7/2018 4:08:42 AM(UTC+0)
Source App: WhatsApp
Body:
Ok cool
---------------------------
From: ███████@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:09:05 AM(UTC+0)
Source App: WhatsApp
Body:
When you come I will show you
---------------------------
From: ███████@s.whatsapp.net
Timestamp: 2/7/2018 4:09:14 AM(UTC+0)
Source App: WhatsApp
Body:
Cool
---------------------------
From: ███████@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:10:05 AM(UTC+0)
Source App: WhatsApp
Body:
You could go on www.deepdotweb.com and read some articles they have there in the mean time
---------------------------
From: ███████@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:10:20 AM(UTC+0)
Source App: WhatsApp
Body:

14

It's about the darket and markets and people getting catch
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
From: ▮▮▮▮▮▮▮▮@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:12:37 AM(UTC+0)
Source App: WhatsApp
Body:
research vpn's and tor too
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
From: ▮▮▮▮▮▮▮▮@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:12:39 AM(UTC+0)
Source App: WhatsApp
Body:
and opsec
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
From: ▮▮▮▮▮▮▮▮@s.whatsapp.net Raheim (owner)
Timestamp: 2/7/2018 4:12:44 AM(UTC+0)
Source App: WhatsApp
Body:
operational security

e.   *Additional Evidence Indicates that HAMILTON is guilty of the charged conduct*

An initial review of HAMILTON's phone has corroborated the government's evidence related to the charged conduct. For example, a user account under the name "ZeroAngel" was recovered from HAMILTON's phone that is tied to a bitcoin mining account. There is also evidence that HAMILTON discussed counterfeiting with his mother. For example, in conversations with his mother, she refers to police identifying someone passing counterfeit currency in the Suffolk, Virginia area, and states "at least its not ours".

From: ▮▮▮▮▮▮▮▮@s.whatsapp.net Raheim (owner)
Timestamp: 5/3/2020 12:05:32 AM(UTC+0)
Source App: WhatsApp
Attachments:
#1:
chats\WhatsApp_▮▮▮▮▮▮▮▮@s.whatsapp.net\attachments2\SUFFOL_1
Body:

WAVY.com: Police need help identifying woman possibly passing counterfeit money in Suffolk.
https://www.wavy.com/news/local-news/suffolk/police-need-help-identifying-woman-possibly-passing-counterfeit-money-in-suffolk/
----------------------------
From: ██████@s.whatsapp.net Mommy
Timestamp: 5/3/2020 12:17:27 AM(UTC+0)
Source App: WhatsApp
Body:
Wtf
----------------------------
From: ██████@s.whatsapp.net Mommy
Timestamp: 5/3/2020 12:22:51 AM(UTC+0)
Source App: WhatsApp
Body:
At least is not ours
----------------------------
From: ██████@s.whatsapp.net Raheim (owner)
Timestamp: 5/3/2020 12:23:21 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
----------------------------
From: ██████@s.whatsapp.net Mommy
Timestamp: 5/3/2020 12:23:28 AM(UTC+0)
Source App: WhatsApp
Body:
Im zooming in 2 make sure lol

Finally, and as needed at the detention hearing, the government may proffer information related to the defendant's other criminal conduct that pertains to his risk of flight.

## Conclusion

For the reasons stated above, the government respectfully requests that the defendant's detention order remain in place.

                                      Respectfully Submitted,

                                      JOHN R. LAUSCH, JR.
                                      UNITED STATES ATTORNEY

By:   /s/ Melody Wells
        Melody Wells
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn, 5th Floor
        Chicago, Illinois 60604
        (312) 353-1110

Dated: February 6, 2023