UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHEIM HAMILTON | No. 22 CR 323-2<br><br>Magistrate Judge<br>Gabriel A. Fuentes |

**GOVERNMENT'S SUBMISSION OF EXHIBITS**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits the attached Exhibits in support of the Memorandum In Support of Continued Detention, filed on February 6, 2023.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  */s/ Melody Wells*
MELODY WELLS
Assistant United States Attorney
(312) 353-5300

Dated: February 8, 2023