# Exhibit A

From: ██████████ @s.whatsapp.net ████
Timestamp: 7/5/2018 2:25:11 PM(UTC+0)
Source App: WhatsApp
Body:
You home

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/5/2018 7:43:24 PM(UTC+0)
Source App: WhatsApp
Body:
Yes

------------------------------

From: ██████████ @s.whatsapp.net ████
Timestamp: 7/6/2018 1:30:50 AM(UTC+0)
Source App: WhatsApp
Body:
Bring a gallon of milk for me nah forget to stop by store

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/6/2018 1:31:07 AM(UTC+0)
Source App: WhatsApp
Body:
Wam

------------------------------

From: ██████████ @s.whatsapp.net ████
Timestamp: 7/6/2018 1:34:53 AM(UTC+0)
Source App: WhatsApp
Body:
You bringing it ?

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/6/2018 1:35:28 AM(UTC+0)
Source App: WhatsApp
Body:
Yes

------------------------------

From: ██████████ @s.whatsapp.net ████
Timestamp: 7/6/2018 1:35:52 AM(UTC+0)
Source App: WhatsApp
Body:
Kk thanks

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/6/2018 1:47:44 AM(UTC+0)
Source App: WhatsApp
Body:
Open door

------------------------------

From: ██████████ @s.whatsapp.net ████
Timestamp: 7/9/2018 10:40:44 PM(UTC+0)
Source App: WhatsApp

Body:
You have 

----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2018 10:49:44 PM(UTC+0)
Source App: WhatsApp
Body:
Wam

----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2018 10:57:26 PM(UTC+0)
Source App: WhatsApp
Body:
Don't have much

----------------------------
From: ████████@s.whatsapp.net ███
Timestamp: 7/9/2018 11:05:40 PM(UTC+0)
Source App: WhatsApp
Body:
Kk

----------------------------
From: ████████@s.whatsapp.net ███
Timestamp: 7/9/2018 11:06:39 PM(UTC+0)
Source App: WhatsApp
Body:
Don't need a lot wam


============================================================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/8/2019 11:53:43 AM(UTC+0)
Source App: WhatsApp
Body:
Yo

----------------------------
From: ████████@s.whatsapp.net ███
Timestamp: 7/8/2019 11:53:57 AM(UTC+0)
Source App: WhatsApp
Body:
What

----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/8/2019 11:53:59 AM(UTC+0)
Source App: WhatsApp
Body:
You have de PO Box key

----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/8/2019 11:54:04 AM(UTC+0)
Source App: WhatsApp
Body:
1165

------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 7/8/2019 11:54:16 AM(UTC+0)
Source App: WhatsApp
Body:
Yeah
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/8/2019 11:54:21 AM(UTC+0)
Source App: WhatsApp
Body:
Way you
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 7/8/2019 11:54:25 AM(UTC+0)
Source App: WhatsApp
Body:
Work
------------------------------







------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2019 1:17:16 PM(UTC+0)
Source App: WhatsApp
Body:
Aye
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2019 1:18:56 PM(UTC+0)
Source App: WhatsApp
Body:
It have a bayport close to your job?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2019 1:20:09 PM(UTC+0)
Source App: WhatsApp
Body:
Put the money in bayport today na
------------------------------
From: ██████████@s.whatsapp.net ██
Timestamp: 7/9/2019 1:20:15 PM(UTC+0)
Source App: WhatsApp
Body:
Idk the money home
------------------------------
From: ██████████@s.whatsapp.net ██
Timestamp: 7/9/2019 1:20:28 PM(UTC+0)
Source App: WhatsApp
Body:
Don't know if I'll catch them open
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2019 1:20:29 PM(UTC+0)
Source App: WhatsApp
Body:
What time you finishing
------------------------------
From: ██████████@s.whatsapp.net ██
Timestamp: 7/9/2019 1:20:43 PM(UTC+0)
Source App: WhatsApp
Body:

Will try to leave early

------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 7/9/2019 7:47:17 PM(UTC+0)
Source App: WhatsApp
Body:
What time bayport does open

------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 7/9/2019 8:08:07 PM(UTC+0)
Source App: WhatsApp
Body:
Will have to do it in the morning before work

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2019 8:20:23 PM(UTC+0)
Source App: WhatsApp
Body:
9

------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 7/9/2019 8:48:54 PM(UTC+0)
Source App: WhatsApp
Body:
Steups well will take it to work & find a bank over there

------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 7/9/2019 8:49:19 PM(UTC+0)
Source App: WhatsApp
Body:
Have to be at work 9am tomorrow

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2019 9:26:13 PM(UTC+0)
Source App: WhatsApp
Body:
Wam

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/9/2019 9:26:30 PM(UTC+0)
Source App: WhatsApp
Body:
You buy the money order for the rent

------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 7/9/2019 10:22:04 PM(UTC+0)
Source App: WhatsApp
Body:
Yep turn it in yesterday it was 1015

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 7/10/2019 12:11:08 PM(UTC+0)
Source App: WhatsApp
Body:
Yo
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/10/2019 12:11:26 PM(UTC+0)
Source App: WhatsApp
Body:
Put 500 in mummy account and put the rest in my checking
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 7/10/2019 12:11:32 PM(UTC+0)
Source App: WhatsApp
Body:
Kk
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/10/2019 12:11:57 PM(UTC+0)
Source App: WhatsApp
Body:
Way you
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 7/10/2019 12:12:10 PM(UTC+0)
Source App: WhatsApp
Body:
Omw to work
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 7/10/2019 4:50:13 PM(UTC+0)
Source App: WhatsApp
Body:
Check ur acct I deposit it
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/10/2019 4:52:27 PM(UTC+0)
Source App: WhatsApp
Body:
Ok cool
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 7/10/2019 4:54:32 PM(UTC+0)
Source App: WhatsApp
Body:
4200
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 7/10/2019 4:55:05 PM(UTC+0)
Source App: WhatsApp
Body:

500 in mummy
200 for bday club
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/10/2019 4:58:12 PM(UTC+0)
Source App: WhatsApp
Body:
Ok

========================================================================
========================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/15/2019 4:40:51 PM(UTC+0)
Source App: WhatsApp
Body:
Get my birth paper na
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/15/2019 4:41:14 PM(UTC+0)
Source App: WhatsApp
Body:
Mail it with FedEx, if it have a option to collect on delivery choose that
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/15/2019 4:41:20 PM(UTC+0)
Source App: WhatsApp
Body:
Mail it Express

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/15/2019 4:42:46 PM(UTC+0)
Source App: WhatsApp
Body:
My Trinidad number is 1-███████████
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 7/15/2019 4:48:52 PM(UTC+0)
Source App: WhatsApp
Body:
███████████████████████████████████████, Maraval.
Trinidad and Tobago

========================================================================

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:30:31 AM(UTC+0)
Source App: WhatsApp
Body:
Why don't you stop working for people and start your own business
-----------------------------

From: ████████ @s.whatsapp.net ████
Timestamp: 10/10/2019 12:32:58 AM(UTC+0)
Source App: WhatsApp
Body:
Because my credit score is ass hadda fix that first wam
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/10/2019 12:33:02 AM(UTC+0)
Source App: WhatsApp
Body:
What blasted business

████████████████████████████
████████████████
████████████████████████
████████████

------------------------------
From: ████████ @s.whatsapp.net ██
Timestamp: 10/10/2019 12:33:59 AM(UTC+0)
Source App: WhatsApp
Body:
Just fix my credit score for me wanna stop renting & buy a house
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/10/2019 12:34:05 AM(UTC+0)
Source App: WhatsApp
Body:
Brand new house
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:34:15 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:34:31 AM(UTC+0)
Source App: WhatsApp
Body:
Fuck credit scores
------------------------------
████████████████████████
████████████



\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:34:46 AM(UTC+0)
Source App: WhatsApp
Body:
But
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-



From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:35:24 AM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_███████@s.whatsapp.net\attachments2\IMG-20191005-WA0003.jpg
Body:

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:35:31 AM(UTC+0)
Source App: WhatsApp
Body:
Looking for a spot
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:35:41 AM(UTC+0)
Source App: WhatsApp
Body:

Your name will be on it

------------------------------



------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/10/2019 12:41:24 AM(UTC+0)
Source App: WhatsApp
Body:
So how de ass you making money
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:41:30 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:41:57 AM(UTC+0)
Source App: WhatsApp
Body:
Will show you
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/10/2019 12:42:34 AM(UTC+0)
Source App: WhatsApp
Body:
Kk
------------------------------
From: ███████ @s.whatsapp.net ███

Timestamp: 10/10/2019 12:42:47 AM(UTC+0)
Source App: WhatsApp
Body:
Not tonight gonna start on my presentation
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:43:22 AM(UTC+0)
Source App: WhatsApp
Body:
And think of some business ideas to start
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:43:50 AM(UTC+0)
Source App: WhatsApp
Body:
So u don't have to wake up 4am and be back home 6pm
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:46:40 AM(UTC+0)
Source App: WhatsApp
Body:
Or
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:46:57 AM(UTC+0)
Source App: WhatsApp
Body:
I going and set up multiple locations
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:47:03 AM(UTC+0)
Source App: WhatsApp
Body:
U could work with me
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 10/10/2019 12:47:33 AM(UTC+0)
Source App: WhatsApp
Body:
So who will take care of my bills if I quit my job before this business take off
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:47:48 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:48:20 AM(UTC+0)
Source App: WhatsApp
Body:

I have money
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:49:19 AM(UTC+0)
Source App: WhatsApp
Body:
███████████████████████████

-----------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/10/2019 12:50:56 AM(UTC+0)
Source App: WhatsApp
Body:
🤥 🙂

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:51:06 AM(UTC+0)
Source App: WhatsApp
Body:
🚫 You deleted this message

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:51:29 AM(UTC+0)
Source App: WhatsApp
Body:
█████████████

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:52:30 AM(UTC+0)
Source App: WhatsApp
Body:
████████████

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:53:08 AM(UTC+0)
Source App: WhatsApp
Body:
█████

-----------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/10/2019 12:53:29 AM(UTC+0)
Source App: WhatsApp
Body:
████████████████

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:53:51 AM(UTC+0)
Source App: WhatsApp
Body:
Wam

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2019 12:54:22 AM(UTC+0)
Source App: WhatsApp
Body:
███████████████████

------------------------------

====================================================================
==================
From: ████████ @s.whatsapp.net ████
Timestamp: 10/13/2019 9:31:31 PM(UTC+0)
Source App: WhatsApp
Body:
What's ur job occupation
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/13/2019 9:36:45 PM(UTC+0)
Source App: WhatsApp
Body:
Why
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/13/2019 9:37:26 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20191013-WA0014.jpg
Body:

------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/13/2019 9:37:37 PM(UTC+0)
Source App: WhatsApp
Body:
Reprint this page for me nah I make a mistake
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/13/2019 9:37:41 PM(UTC+0)
Source App: WhatsApp
Body:
Just page 4
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/13/2019 9:38:52 PM(UTC+0)
Source App: WhatsApp
Body:
Self employed Web Developer

====================================================================
==================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 11/29/2019 4:57:37 AM(UTC+0)

Source App: WhatsApp
Body:
Yo
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 11/29/2019 4:57:58 AM(UTC+0)
Source App: WhatsApp
Body:
Sup
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 11/29/2019 4:58:41 AM(UTC+0)
Source App: WhatsApp
Body:
You get de cash
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 11/29/2019 4:59:20 AM(UTC+0)
Source App: WhatsApp
Body:
Nah
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 11/29/2019 4:59:55 AM(UTC+0)
Source App: WhatsApp
Body:
Send some for me to go Black Friday shopping I want a tv for my room
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 11/29/2019 5:00:18 AM(UTC+0)
Source App: WhatsApp
Body:
Mummy have cash
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 11/29/2019 5:00:42 AM(UTC+0)
Source App: WhatsApp
Body:
She probably in her bed
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 12/2/2019 1:43:55 AM(UTC+0)
Source App: WhatsApp
Body:
Order a tv for my room for me nah please
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 12/2/2019 1:44:01 AM(UTC+0)
Source App: WhatsApp
Body:
Smart tv

```
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/2/2019 1:44:15 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/2/2019 11:34:40 PM(UTC+0)
Source App: WhatsApp
Body:
Eh ?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/2/2019 11:35:26 PM(UTC+0)
Source App: WhatsApp
Body:
Will send cash for you
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/2/2019 11:35:47 PM(UTC+0)
Source App: WhatsApp
Body:
You have cash app
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/2/2019 11:44:15 PM(UTC+0)
Source App: WhatsApp
Body:
What cash app
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/2/2019 11:44:51 PM(UTC+0)
Source App: WhatsApp
Body:
You can send me money on cashapp
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/2/2019 11:44:52 PM(UTC+0)
Source App: WhatsApp
Body:
This week I will send cash in mail and mummy will give you
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/2/2019 11:44:59 PM(UTC+0)
Source App: WhatsApp
Body:
Kk
=====================================================================
=====================
```

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/29/2019 2:31:37 PM(UTC+0)
Source App: WhatsApp
Body:
How much debt you have
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/29/2019 2:31:58 PM(UTC+0)
Source App: WhatsApp
Body:
Will check when I get off
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/29/2019 2:32:17 PM(UTC+0)
Source App: WhatsApp
Body:
Credit card student loans medical collections bills
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/29/2019 2:33:14 PM(UTC+0)
Source App: WhatsApp
Body:
Need numbers
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/29/2019 2:33:42 PM(UTC+0)
Source App: WhatsApp
Body:
16k student loans 8k credit card
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/29/2019 2:34:56 PM(UTC+0)
Source App: WhatsApp
Body:
And car loan
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/29/2019 2:36:57 PM(UTC+0)
Source App: WhatsApp
Body:
I will help you pay it off if you save 50% of every paycheck but you not gonna do that 🙂
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 12/29/2019 2:45:29 PM(UTC+0)
Source App: WhatsApp
Body:
😐
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/29/2019 2:50:12 PM(UTC+0)

Source App: WhatsApp
Body:
I tried to help you once before but you don't want my help
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 12/29/2019 2:52:04 PM(UTC+0)
Source App: WhatsApp
Body:
You want to keep living paycheck to paycheck?
------------------------------
From: ███████ @s.whatsapp.net ██
Timestamp: 12/29/2019 2:53:00 PM(UTC+0)
Source App: WhatsApp
Body:
Wam 🖐
------------------------------
=====================================================================
==================================

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:23:21 AM(UTC+0)
Source App: WhatsApp
Body:
How much left on your car
------------------------------
From: ███████ @s.whatsapp.net ██
Timestamp: 3/12/2020 1:25:07 AM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20200311-WA0003.jpg
Body:

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:25:39 AM(UTC+0)
Source App: WhatsApp
Body:
Hmmm
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:26:10 AM(UTC+0)
Source App: WhatsApp
Body:
Pass by mommy for 4k tomorrow and put on it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:27:11 AM(UTC+0)
Source App: WhatsApp
Body:
What other stuff you have
------------------------------

From: ████████ @s.whatsapp.net ████
Timestamp: 3/12/2020 1:28:26 AM(UTC+0)
Source App: WhatsApp
Body:
Credit card 7k left to pay
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/12/2020 1:28:31 AM(UTC+0)
Source App: WhatsApp
Body:
From 9k
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:29:06 AM(UTC+0)
Source App: WhatsApp
Body:
Put 4k on it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:29:12 AM(UTC+0)
Source App: WhatsApp
Body:
So get 8k
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:29:15 AM(UTC+0)
Source App: WhatsApp
Body:
What else
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/12/2020 1:29:40 AM(UTC+0)
Source App: WhatsApp
Body:
Rent for the rest of the year 😜
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:29:50 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:31:07 AM(UTC+0)
Source App: WhatsApp
Body:
Put it on the card and loan directly don't deposit it first
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/12/2020 1:31:47 AM(UTC+0)
Source App: WhatsApp

Body:
What card my bank card
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:31:59 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:32:06 AM(UTC+0)
Source App: WhatsApp
Body:
Pay off de credit card directly
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 3/12/2020 1:32:17 AM(UTC+0)
Source App: WhatsApp
Body:
Oh ho
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 3/12/2020 1:32:34 AM(UTC+0)
Source App: WhatsApp
Body:
Kk still have to go to the bank
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 3/12/2020 1:32:38 AM(UTC+0)
Source App: WhatsApp
Body:
Not so
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:32:41 AM(UTC+0)
Source App: WhatsApp
Body:
And pay de car loan directly
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:32:59 AM(UTC+0)
Source App: WhatsApp
Body:
Don't deposit de money and then pay from your account
------------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 3/12/2020 1:33:41 AM(UTC+0)
Source App: WhatsApp
Body:
The company I finance the car with located in TX
------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:34:17 AM(UTC+0)
Source App: WhatsApp
Body:
So how you does pay
-----------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 3/12/2020 1:35:00 AM(UTC+0)
Source App: WhatsApp
Body:
Through the GM Financial app they does take it out my account
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:35:18 AM(UTC+0)
Source App: WhatsApp
Body:
Oh
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/12/2020 1:35:30 AM(UTC+0)
Source App: WhatsApp
Body:
Well put 4k on it however
-----------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 3/12/2020 1:35:58 AM(UTC+0)
Source App: WhatsApp
Body:
Kk

======================================================================
==

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/13/2020 10:15:41 PM(UTC+0)
Source App: WhatsApp
Body:
Yo
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/13/2020 10:15:47 PM(UTC+0)
Source App: WhatsApp
Body:
You get de money?
-----------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 3/13/2020 10:19:02 PM(UTC+0)
Source App: WhatsApp
Body:
Yeah 4 on car 3.5 on card rest on delinquent property taxes & a ticket

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/13/2020 10:27:07 PM(UTC+0)
Source App: WhatsApp
Body:
You will get more next week
------------------------------
From: ███████@s.whatsapp.net ████
Timestamp: 3/13/2020 10:30:38 PM(UTC+0)
Source App: WhatsApp
Body:
How much
------------------------------
From: ███████@s.whatsapp.net ████
Timestamp: 3/13/2020 10:30:53 PM(UTC+0)
Source App: WhatsApp
Body:
You can't deposit it into my acct ?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/14/2020 12:58:05 AM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/14/2020 12:58:24 AM(UTC+0)
Source App: WhatsApp
Body:
Cash is king
------------------------------
From: System Message System Message
Timestamp: 3/15/2020 10:07:57 PM(UTC+0)
Source App: WhatsApp
Body:
Incoming video call from ██ (██████████@s.whatsapp.net)
------------------------------
From: ███████@s.whatsapp.net ████
Timestamp: 3/16/2020 7:28:55 PM(UTC+0)
Source App: WhatsApp
Body:
What's ur occupation
------------------------------
From: ███████@s.whatsapp.net ████
Timestamp: 3/16/2020 7:28:59 PM(UTC+0)
Source App: WhatsApp
Body:
& address
------------------------------
From: ███████@s.whatsapp.net ████
Timestamp: 3/16/2020 7:29:13 PM(UTC+0)

Source App: WhatsApp
Body:
For family history on job app
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/16/2020 7:29:56 PM(UTC+0)
Source App: WhatsApp
Body:
Web developer
=====================================================================
=============================

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/6/2020 9:43:55 PM(UTC+0)
Source App: WhatsApp
Body:
Get 8k from mummy, pay off credit card, collections,  and put the rest on the car loan
------------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 4/6/2020 9:45:09 PM(UTC+0)
Source App: WhatsApp
Body:
Credit control Corp
------------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 4/6/2020 9:45:11 PM(UTC+0)
Source App: WhatsApp
Body:
& kk
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/6/2020 9:51:21 PM(UTC+0)
Source App: WhatsApp
Body:
You ask them when you pay it off if it will come off your record?
------------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 4/6/2020 10:27:41 PM(UTC+0)
Source App: WhatsApp
Body:
It should come off not so
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/6/2020 10:47:01 PM(UTC+0)
Source App: WhatsApp
Body:
Call and make sure
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 12:26:12 AM(UTC+0)

Source App: WhatsApp
Body:
You call them?
------------------------------
From: ████████████ @s.whatsapp.net ████
Timestamp: 4/8/2020 12:38:50 AM(UTC+0)
Source App: WhatsApp
Body:
Didn't get thru with student loans yet . Collections will come off when paid in full .
------------------------------
From: ████ @s.whatsapp.net ████
Timestamp: 4/8/2020 11:10:59 AM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_████████ @s.whatsapp.net\attachments2\IMG-20200408-WA0000.jpg
Body:

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 2:59:15 PM(UTC+0)
Source App: WhatsApp
Body:
Hmm
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 3:00:14 PM(UTC+0)
Source App: WhatsApp
Body:
How much left on the car
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 3:00:38 PM(UTC+0)
Source App: WhatsApp
Body:
Call student loans
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 4/8/2020 3:03:39 PM(UTC+0)
Source App: WhatsApp
Body:
Student loans is deferred until November
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 3:19:47 PM(UTC+0)
Source App: WhatsApp
Body:
Still set up de plan
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 3:20:03 PM(UTC+0)
Source App: WhatsApp

Body:
Set up an account online to view it

------------------------------
From: ██████ @s.whatsapp.net ██████
Timestamp: 4/8/2020 4:00:09 PM(UTC+0)
Source App: WhatsApp
Body:
Okay

------------------------------
From: ██████ @s.whatsapp.net ██████
Timestamp: 4/8/2020 4:00:38 PM(UTC+0)
Source App: WhatsApp
Body:
I already have a plan for $166.94 monthly they said it will resume on October 3 unless I choose to pay before

------------------------------
From: ██████ @s.whatsapp.net ██████
Timestamp: 4/8/2020 4:00:52 PM(UTC+0)
Source App: WhatsApp
Body:
Total is $16,257.87

------------------------------
From: ██████ @s.whatsapp.net ██████
Timestamp: 4/8/2020 4:01:18 PM(UTC+0)
Source App: WhatsApp
Body:
That monthly payment is based on household

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 4:02:56 PM(UTC+0)
Source App: WhatsApp
Body:
See if it have an option to pay by mailing a check or money order

------------------------------
From: ██████ @s.whatsapp.net ██████
Timestamp: 4/8/2020 5:27:50 PM(UTC+0)
Source App: WhatsApp
Body:
I have to try to sign into the app can't remember the info but they said I can mail money orders

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 5:57:06 PM(UTC+0)
Source App: WhatsApp
Body:
Get 4k from mummy and buy 4 separate money orders and mail it. Buy 2 from Walmart and 2 from somewhere else

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 5:57:21 PM(UTC+0)
Source App: WhatsApp
Body:

Find out the address

------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 4/8/2020 5:58:19 PM(UTC+0)
Source App: WhatsApp
Body:
Kk
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 4/8/2020 5:58:24 PM(UTC+0)
Source App: WhatsApp
Body:
I have it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 6:00:05 PM(UTC+0)
Source App: WhatsApp
Body:
You don't want to be depositing a lot of cash in your bank account
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 4/8/2020 6:00:26 PM(UTC+0)
Source App: WhatsApp
Body:
I deposit 6k
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 6:00:43 PM(UTC+0)
Source App: WhatsApp
Body:
For what
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 4/8/2020 6:01:09 PM(UTC+0)
Source App: WhatsApp
Body:
3.5 went to credit card 1.5 collections
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 4/8/2020 6:01:13 PM(UTC+0)
Source App: WhatsApp
Body:
Will pay some on car
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 6:01:20 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: ████████ @s.whatsapp.net ████

Timestamp: 4/8/2020 6:01:27 PM(UTC+0)
Source App: WhatsApp
Body:
Oh gad
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 6:01:32 PM(UTC+0)
Source App: WhatsApp
Body:
I tell you pay the credit card directly
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/8/2020 6:01:47 PM(UTC+0)
Source App: WhatsApp
Body:
Don't pay from your bank account
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 4/8/2020 6:02:53 PM(UTC+0)
Source App: WhatsApp
Body:
Paid it directly I gave them 6 they put the balance towards the card & put the rest in checkings
wam
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 4/8/2020 6:04:15 PM(UTC+0)
Source App: WhatsApp
Body:
I rather have cards instead of cash inno wam
===================================================================
==================================================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/1/2020 8:14:37 PM(UTC+0)
Source App: WhatsApp
Body:
I need to use your credit card
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 5/1/2020 8:14:44 PM(UTC+0)
Source App: WhatsApp
Body:
Okay
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 5/1/2020 8:14:48 PM(UTC+0)
Source App: WhatsApp
Body:
You have it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/1/2020 8:14:57 PM(UTC+0)

Source App: WhatsApp
Body:
Your limit is 8k?
----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 5/1/2020 8:15:03 PM(UTC+0)
Source App: WhatsApp
Body:
9k
----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/1/2020 8:15:46 PM(UTC+0)
Source App: WhatsApp
Body:
████████████████████████████████████████████████
----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 5/1/2020 8:16:00 PM(UTC+0)
Source App: WhatsApp
Body:
Okay
=====================================================================
================================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 7:27:42 PM(UTC+0)
Source App: WhatsApp
Body:
What's your card info
----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 7:27:49 PM(UTC+0)
Source App: WhatsApp
Body:
And billing
----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 7:31:33 PM(UTC+0)
Source App: WhatsApp
Body:
The 9k card
----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 5/14/2020 7:55:40 PM(UTC+0)
Source App: WhatsApp
Body:
Don't know the card number you had it
----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 7:56:30 PM(UTC+0)
Source App: WhatsApp
Attachments:

#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20200126-WA0001(2).jpg
Body:

------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 5/14/2020 7:57:07 PM(UTC+0)
Source App: WhatsApp
Body:
You take de credit card
------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 5/14/2020 8:17:36 PM(UTC+0)
Source App: WhatsApp
Body:
Unless you want me transfer money from the credit card to my debit card & you use that
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 8:27:57 PM(UTC+0)
Source App: WhatsApp
Body:
Hold on
------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 5/14/2020 8:57:41 PM(UTC+0)
Source App: WhatsApp
Body:
🚫 Deleted by the sender
------------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 5/14/2020 9:02:11 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_██████ @s.whatsapp.net\attachments2\IMG-20200514-WA0008.jpg
Body:

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 9:43:42 PM(UTC+0)
Source App: WhatsApp
Body:
I don't know na ask hr
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 9:44:45 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_██████ @s.whatsapp.net\attachments2\IMG-20200514-WA0006.jpg
Body:

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 9:44:45 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_███████@s.whatsapp.net\attachments2\IMG-20200514-WA0005.jpg
Body:


------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 5/14/2020 9:46:54 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 10:01:51 PM(UTC+0)
Source App: WhatsApp
Body:
Billing address for the card
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 5/14/2020 10:02:49 PM(UTC+0)
Source App: WhatsApp
Body:
████████████████████
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 10:36:18 PM(UTC+0)
Source App: WhatsApp
Body:
You change over to ███? Your statements was coming ███
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 5/14/2020 10:36:50 PM(UTC+0)
Source App: WhatsApp
Body:
Yeah
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 10:41:14 PM(UTC+0)
Source App: WhatsApp
Body:
Just use it for 8970
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 5/14/2020 10:42:06 PM(UTC+0)
Source App: WhatsApp
Body:
😳
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/14/2020 10:42:16 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 10:42:22 PM(UTC+0)
Source App: WhatsApp
Body:
████████████
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 5/14/2020 10:42:57 PM(UTC+0)
Source App: WhatsApp
Body:
Hope my score don't drop drastically
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 10:43:42 PM(UTC+0)
Source App: WhatsApp
Body:
Go by mummy for 5k and put on it
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 5/14/2020 10:44:00 PM(UTC+0)
Source App: WhatsApp
Body:
It still pending will do it when it come out
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 5/14/2020 10:44:03 PM(UTC+0)
Source App: WhatsApp
Body:
In a couple weeks
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 5/14/2020 10:44:07 PM(UTC+0)
Source App: WhatsApp
Body:
Kk


=================================================================
========================================

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 8/30/2020 3:12:43 PM(UTC+0)
Source App: WhatsApp
Body:
How much savings you have? When it reach 20k might need to borrow it and you will get it back
------------------------------
From: ██████████@s.whatsapp.net ████

Timestamp: 8/30/2020 3:13:53 PM(UTC+0)
Source App: WhatsApp
Body:
Still far from 20k 8747
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 8/30/2020 3:16:11 PM(UTC+0)
Source App: WhatsApp
Body:
Will give you 500 to deposit every week
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 8/30/2020 3:18:59 PM(UTC+0)
Source App: WhatsApp
Body:
And save all your pay
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 8/30/2020 3:19:26 PM(UTC+0)
Source App: WhatsApp
Body:
Had to use some of this pay to buy shit for the academy
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 8/30/2020 7:18:00 PM(UTC+0)
Source App: WhatsApp
Body:
Your credit card still have a balance?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 8/30/2020 10:40:01 PM(UTC+0)
Source App: WhatsApp
Body:
Eh
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 8/30/2020 10:42:05 PM(UTC+0)
Source App: WhatsApp
Body:
1810
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 10:57:00 AM(UTC+0)
Source App: WhatsApp
Body:
Yo
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 10:57:33 AM(UTC+0)
Source App: WhatsApp
Body:

Make the deposit every Tuesday

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 3:31:40 PM(UTC+0)
Source App: WhatsApp
Body:
You hear me

-----------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 9/1/2020 3:32:04 PM(UTC+0)
Source App: WhatsApp
Body:
Yeah if I catch bank open

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 4:06:05 PM(UTC+0)
Source App: WhatsApp
Body:
Deposit to checking and put the rest of money with it for when you have to write the 20k check

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 4:11:02 PM(UTC+0)
Source App: WhatsApp
Body:
Aiming to have the check by Halloween

-----------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 9/1/2020 9:07:52 PM(UTC+0)
Source App: WhatsApp
Body:
Mommy tell me deposit 1000 a week

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 9:08:09 PM(UTC+0)
Source App: WhatsApp
Body:
Yea

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 9:08:57 PM(UTC+0)
Source App: WhatsApp
Body:
The rest of money already in your account I mean

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 9:09:22 PM(UTC+0)
Source App: WhatsApp
Body:
The 8747

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 9/1/2020 9:09:27 PM(UTC+0)
Source App: WhatsApp
Body:
Put it in checking
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 9:09:42 PM(UTC+0)
Source App: WhatsApp
Body:
And deposit 1000 in checking each week
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 9:13:28 PM(UTC+0)
Source App: WhatsApp
Body:
De money does come out of your checking account when you write a check
-----------------------------
From: ██████ @s.whatsapp.net ██
Timestamp: 9/1/2020 9:14:43 PM(UTC+0)
Source App: WhatsApp
Body:
Oh ho well I'll put it in savings until it reach 20k
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/1/2020 9:15:11 PM(UTC+0)
Source App: WhatsApp
Body:
Ok
-----------------------------
From: ████████ @s.whatsapp.net ██
Timestamp: 9/2/2020 5:38:01 PM(UTC+0)
Source App: WhatsApp
Body:
So when will I start to look for a house ?
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/2/2020 5:44:33 PM(UTC+0)
Source App: WhatsApp
Body:
You will get back you money
-----------------------------
From: ███████ @s.whatsapp.net ██
Timestamp: 9/2/2020 5:47:54 PM(UTC+0)
Source App: WhatsApp
Body:
I know
======================================================================
==========================================
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/4/2020 4:25:49 PM(UTC+0)

Source App: WhatsApp
Body:
Yo
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/4/2020 4:26:21 PM(UTC+0)
Source App: WhatsApp
Body:
You deposit the money already?
------------------------------
From: ██████████@s.whatsapp.net ██
Timestamp: 9/4/2020 4:43:48 PM(UTC+0)
Source App: WhatsApp
Body:
Just $1000
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 9/4/2020 4:44:54 PM(UTC+0)
Source App: WhatsApp
Body:
Do it consistently every week
------------------------------
From: ██████████@s.whatsapp.net ██
Timestamp: 9/4/2020 4:45:16 PM(UTC+0)
Source App: WhatsApp
Body:
Okay
================================================================
============================================
From: ██████████@s.whatsapp.net ██
Timestamp: 11/19/2020 9:49:40 PM(UTC+0)
Source App: WhatsApp
Body:
You have a flash drive I could use
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 11/19/2020 9:50:14 PM(UTC+0)
Source App: WhatsApp
Body:
yep
------------------------------
From: ██████████@s.whatsapp.net ██
Timestamp: 11/19/2020 9:50:26 PM(UTC+0)
Source App: WhatsApp
Body:
K make sure nothing on it it's for work
------------------------------
From: ██████████@s.whatsapp.net ██
Timestamp: 11/19/2020 9:50:29 PM(UTC+0)
Source App: WhatsApp
Body:

Will get it later
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 11/19/2020 10:11:57 PM(UTC+0)
Source App: WhatsApp
Body:
it not working get one from walmart
================================================================================
=========================================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:08:50 PM(UTC+0)
Source App: WhatsApp
Body:
After the account reach 20 don't put anymore you can just put to pay bills or whatever
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 1/3/2021 3:18:03 PM(UTC+0)
Source App: WhatsApp
Body:
Okay
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:22:06 PM(UTC+0)
Source App: WhatsApp
Body:
Put a lil extra in case you can't get the full 9k from the credit card
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:23:35 PM(UTC+0)
Source App: WhatsApp
Body:
Sometimes with cash advances you could only get a certain amount
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 1/3/2021 3:24:17 PM(UTC+0)
Source App: WhatsApp
Body:
So I would ask for a cash advance of 9k combined with the 20k ?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:24:41 PM(UTC+0)
Source App: WhatsApp
Body:
Yea
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:24:52 PM(UTC+0)
Source App: WhatsApp
Body:
To get a 29k certified check
------------------------------

From: ████████ @s.whatsapp.net ████
Timestamp: 1/3/2021 3:24:53 PM(UTC+0)
Source App: WhatsApp
Body:
Kk
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 1/3/2021 3:25:13 PM(UTC+0)
Source App: WhatsApp
Body:
You find a house for mummy ?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:25:35 PM(UTC+0)
Source App: WhatsApp
Body:
Not yet that a year away
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 1/3/2021 3:25:56 PM(UTC+0)
Source App: WhatsApp
Body:
Oh thought you was using the money for a down payment
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:26:25 PM(UTC+0)
Source App: WhatsApp
Body:
Payable to me. ████ put he name on it but
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 1/3/2021 3:27:06 PM(UTC+0)
Source App: WhatsApp
Body:
Going and use it to buy two rental houses first
------------------------------
================================================================
========================================
From: ████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 8:59:16 PM(UTC+0)
Source App: WhatsApp
Body:
bitcoincash:████████████████████
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:01:42 PM(UTC+0)
Source App: WhatsApp
Body:
Nope that is not it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 3/26/2021 9:02:11 PM(UTC+0)
Source App: WhatsApp
Body:
If I send bitcoin to this address it will get lost
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:02:58 PM(UTC+0)
Source App: WhatsApp
Body:
███████████████████████████████
------------------------------
From: ██████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:03:05 PM(UTC+0)
Source App: WhatsApp
Body:
So it's Bitcoin wallet not Bitcoin cash
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:04:02 PM(UTC+0)
Source App: WhatsApp
Body:
Yes
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:04:23 PM(UTC+0)
Source App: WhatsApp
Body:
Restore your wallet on a different app
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:04:37 PM(UTC+0)
Source App: WhatsApp
Body:
Electrum
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:06:28 PM(UTC+0)
Source App: WhatsApp
Body:
Using the 12 seed words
------------------------------
From: ██████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:07:04 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20210326-WA0010.jpg
Body:

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:10:21 PM(UTC+0)

Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20210326-WA0011.jpg
Body:

------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:11:48 PM(UTC+0)
Source App: WhatsApp
Body:
Don't think iPhones have that one
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:15:00 PM(UTC+0)
Source App: WhatsApp
Body:
Well try restoring on a different app
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:15:35 PM(UTC+0)
Source App: WhatsApp
Body:
Let me use your laptop nah I have a zoom meeting at 6 mine not downloading it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:15:54 PM(UTC+0)
Source App: WhatsApp
Body:
If have plenty other coins so whenever you sending or receiving make sure de address correct
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:19:31 PM(UTC+0)
Source App: WhatsApp
Body:
You bringing the laptop
------------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:19:53 PM(UTC+0)
Source App: WhatsApp
Body:
Nvm it working now
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:31:09 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 9:31:21 PM(UTC+0)
Source App: WhatsApp

Body:
What you doing after
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 9:40:06 PM(UTC+0)
Source App: WhatsApp
Body:
Print out the form I sent you
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 10:07:28 PM(UTC+0)
Source App: WhatsApp
Body:
You use this address already ███████████████████
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/26/2021 10:07:41 PM(UTC+0)
Source App: WhatsApp
Body:
Get a new one for each transaction
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 10:08:24 PM(UTC+0)
Source App: WhatsApp
Body:
████████████████████████
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 3/26/2021 10:08:28 PM(UTC+0)
Source App: WhatsApp
Body:
Kk
================================================================================
======================================================
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 4/26/2021 3:08:14 AM(UTC+0)
Source App: WhatsApp
Body:
What's the website called to buy the tickets with Bitcoin
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/26/2021 3:10:56 AM(UTC+0)
Source App: WhatsApp
Body:
cheapair.com
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/26/2021 3:11:20 AM(UTC+0)
Source App: WhatsApp
Body:

Think you can book hotels too
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/26/2021 3:12:24 AM(UTC+0)
Source App: WhatsApp
Body:
I used this website to book mummy and dessy ticket to Missouri
================================================================
=======================================================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/6/2022 5:51:13 PM(UTC+0)
Source App: WhatsApp
Body:
I have a 2 bedroom apartment in Florida. Thinking about buying a house down there and you
can move down one time
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/6/2022 5:51:20 PM(UTC+0)
Source App: WhatsApp
Body:
🙁
-----------------------------
From: ██████@s.whatsapp.net ████
Timestamp: 3/6/2022 5:52:29 PM(UTC+0)
Source App: WhatsApp
Body:
When ? I told Devonte I might move next year or year after . He says he want primary custody
hhmc
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/6/2022 5:53:47 PM(UTC+0)
Source App: WhatsApp
Body:
Maybe this year
-----------------------------
From: ██████@s.whatsapp.net ████
Timestamp: 3/6/2022 5:55:17 PM(UTC+0)
Source App: WhatsApp
Body:
Oh ho
================================================================
======================================================
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/31/2022 10:33:44 PM(UTC+0)
Source App: WhatsApp
Body:
I getting a loan to buy a house
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/31/2022 10:33:51 PM(UTC+0)
Source App: WhatsApp

Body:
Next couple months
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/31/2022 10:33:58 PM(UTC+0)
Source App: WhatsApp
Body:
Before summer
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 3/31/2022 11:03:25 PM(UTC+0)
Source App: WhatsApp
Body:
Oh ho you found one yet ?
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/31/2022 11:04:29 PM(UTC+0)
Source App: WhatsApp
Body:
Waiting for loan first
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 3/31/2022 11:15:13 PM(UTC+0)
Source App: WhatsApp
Body:
A house for you & mommy ? What about me & Lanni wam
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/31/2022 11:48:03 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 3/31/2022 11:48:25 PM(UTC+0)
Source App: WhatsApp
Body:
You hadda stay here for a bit
-----------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 3/31/2022 11:59:19 PM(UTC+0)
Source App: WhatsApp
Body:
Well get somewhere in Suffolk so it could be close
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:16:25 PM(UTC+0)
Source App: WhatsApp
Body:
How much savings you have in the bank?
-----------------------------

From: ███████ @s.whatsapp.net ███
Timestamp: 4/1/2022 7:17:18 PM(UTC+0)
Source App: WhatsApp
Body:
6500
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:17:32 PM(UTC+0)
Source App: WhatsApp
Body:
Lend me it na
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:17:36 PM(UTC+0)
Source App: WhatsApp
Body:
Write a check
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 4/1/2022 7:17:48 PM(UTC+0)
Source App: WhatsApp
Body:
When
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 4/1/2022 7:17:55 PM(UTC+0)
Source App: WhatsApp
Body:
I don't have a checkbook
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:18:13 PM(UTC+0)
Source App: WhatsApp
Body:
Whenever
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:23:41 PM(UTC+0)
Source App: WhatsApp
Body:
Or deposit 5k and get a check for 11500
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 4/1/2022 7:25:26 PM(UTC+0)
Source App: WhatsApp
Body:
Will see how much I have after my trip next weekend
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:27:53 PM(UTC+0)
Source App: WhatsApp

Body:
Wam
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:28:01 PM(UTC+0)
Source App: WhatsApp
Body:
Will give you the 5k
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:28:11 PM(UTC+0)
Source App: WhatsApp
Body:
Get it tomorrow or Monday
-----------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 4/1/2022 7:28:50 PM(UTC+0)
Source App: WhatsApp
Body:
A cashiers check ??
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:32:38 PM(UTC+0)
Source App: WhatsApp
Body:
It don't matter
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:32:51 PM(UTC+0)
Source App: WhatsApp
Body:
Yea
-----------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 4/1/2022 7:35:07 PM(UTC+0)
Source App: WhatsApp
Body:
Your babe have to be on it ??
-----------------------------
From: ███████@s.whatsapp.net ███
Timestamp: 4/1/2022 7:35:15 PM(UTC+0)
Source App: WhatsApp
Body:
Name **
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:35:37 PM(UTC+0)
Source App: WhatsApp
Body:
No
-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/1/2022 7:35:54 PM(UTC+0)
Source App: WhatsApp
Body:
Put it if you want
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 4/2/2022 4:04:48 AM(UTC+0)
Source App: WhatsApp
Body:
You up
------------------------------
From: System Message System Message
Timestamp: 4/2/2022 4:08:09 AM(UTC+0)
Source App: WhatsApp
Body:
Missed call from ████ (████████@s.whatsapp.net)
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/2/2022 2:52:03 PM(UTC+0)
Source App: WhatsApp
Body:
Way you
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 4/3/2022 12:48:21 AM(UTC+0)
Source App: WhatsApp
Body:
Work
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/4/2022 6:45:41 PM(UTC+0)
Source App: WhatsApp
Body:
Get de check for me na
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 4/4/2022 6:45:49 PM(UTC+0)
Source App: WhatsApp
Body:
Come for the 5k
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 4/4/2022 7:06:11 PM(UTC+0)
Source App: WhatsApp
Body:
Tomorrow
------------------------------
From: ██████████@s.whatsapp.net ████
Timestamp: 4/4/2022 7:06:14 PM(UTC+0)
Source App: WhatsApp

Body:
In morning
======================================================================
=============================================
From: 17575270972@s.whatsapp.net (owner)
Timestamp: 10/4/2022 12:58:09 PM(UTC+0)
Source App: WhatsApp
Body:
Lend me your credit card na
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/4/2022 1:05:44 PM(UTC+0)
Source App: WhatsApp
Body:
Wam gonna use it in Miami this weekend
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/4/2022 1:06:15 PM(UTC+0)
Source App: WhatsApp
Body:
Wam need 3300
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/4/2022 1:06:40 PM(UTC+0)
Source App: WhatsApp
Body:
Will get it out savings
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/4/2022 1:10:09 PM(UTC+0)
Source App: WhatsApp
Body:
Wam I say card
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/4/2022 1:12:30 PM(UTC+0)
Source App: WhatsApp
Body:
You should still have the pic in the chat
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/4/2022 1:12:34 PM(UTC+0)
Source App: WhatsApp
Body:
5319 on it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/4/2022 1:21:10 PM(UTC+0)
Source App: WhatsApp
Attachments:

#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20200514-WA0005(2).jpg
Body:

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/4/2022 1:21:19 PM(UTC+0)
Source App: WhatsApp
Body:
Don't see 5319
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 10/4/2022 1:22:02 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20221004-WA0001.jpg
Body:

------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 10/4/2022 1:22:11 PM(UTC+0)
Source App: WhatsApp
Body:
That's the balance on iy
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 10/4/2022 1:22:13 PM(UTC+0)
Source App: WhatsApp
Body:
It
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 10/10/2022 9:53:14 PM(UTC+0)
Source App: WhatsApp
Body:
When you plan on getting rental properties so I can leave my job
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/10/2022 9:54:47 PM(UTC+0)
Source App: WhatsApp
Body:
Writing an offer on one tonight
------------------------------
From: ██████@s.whatsapp.net ██
Timestamp: 10/10/2022 9:55:06 PM(UTC+0)
Source App: WhatsApp
Body:
Ok
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/11/2022 3:02:48 PM(UTC+0)

Source App: WhatsApp
Body:
https://redf.in/Ja5W3S
------------------------------
From: █████████ @s.whatsapp.net ███
Timestamp: 10/11/2022 3:08:32 PM(UTC+0)
Source App: WhatsApp
Body:
Did they accept offer
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/11/2022 3:09:19 PM(UTC+0)
Source App: WhatsApp
Body:
Will know later today
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/11/2022 3:09:25 PM(UTC+0)
Source App: WhatsApp
Body:
And https://redf.in/6Lb6Ny
------------------------------
From: █████████ @s.whatsapp.net ███
Timestamp: 10/11/2022 3:09:37 PM(UTC+0)
Source App: WhatsApp
Body:
Oh ho so what you renting the individual rooms out ?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/11/2022 3:09:44 PM(UTC+0)
Source App: WhatsApp
Body:
Could build at least 3 apartments on it
------------------------------
From: █████████ @s.whatsapp.net ███
Timestamp: 10/11/2022 3:10:06 PM(UTC+0)
Source App: WhatsApp
Body:
Oh ok cool
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/11/2022 3:10:06 PM(UTC+0)
Source App: WhatsApp
Body:
Wam it have 3 units in it
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/11/2022 3:10:22 PM(UTC+0)
Source App: WhatsApp
Body:
Triplex

------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/11/2022 3:10:24 PM(UTC+0)
Source App: WhatsApp
Body:
It said 6 beds
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/11/2022 3:10:27 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/11/2022 3:10:42 PM(UTC+0)
Source App: WhatsApp
Body:
Thought it was a rooming house
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/11/2022 3:10:49 PM(UTC+0)
Source App: WhatsApp
Body:
Nope
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/14/2022 11:05:22 PM(UTC+0)
Source App: WhatsApp
Body:
When you go home you'll give shaneeks my costume money for carnival in Feb
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/14/2022 11:05:25 PM(UTC+0)
Source App: WhatsApp
Body:
Before they sell out
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/14/2022 11:14:06 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/15/2022 12:32:29 PM(UTC+0)
Source App: WhatsApp
Body:
Pay off your credit card first for your credit to go back up before you get the car
------------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/15/2022 12:33:21 PM(UTC+0)

Source App: WhatsApp
Body:
Ok need cash
-----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/15/2022 1:04:23 PM(UTC+0)
Source App: WhatsApp
Body:
You have ?
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/15/2022 1:04:41 PM(UTC+0)
Source App: WhatsApp
Body:
Not yet
-----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/15/2022 1:05:30 PM(UTC+0)
Source App: WhatsApp
Body:
Kk
-----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/16/2022 4:45:09 PM(UTC+0)
Source App: WhatsApp
Body:
When to put in the 2 weeks
-----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/16/2022 4:55:48 PM(UTC+0)
Source App: WhatsApp
Body:
& let me work with you wam
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 5:19:28 PM(UTC+0)
Source App: WhatsApp
Body:
How much you does usually make a month
-----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/16/2022 5:30:31 PM(UTC+0)
Source App: WhatsApp
Body:
4000-4200
-----------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/16/2022 5:33:22 PM(UTC+0)
Source App: WhatsApp
Body:
3800 lowest

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 5:33:34 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
------------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 10/16/2022 5:34:01 PM(UTC+0)
Source App: WhatsApp
Body:
I'm mentally drained can't stand this place
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 5:34:11 PM(UTC+0)
Source App: WhatsApp
Body:
Well I will only be making 5k a month for now. Will give you 2k
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 5:34:29 PM(UTC+0)
Source App: WhatsApp
Body:
10k in 6 months
------------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 10/16/2022 5:34:40 PM(UTC+0)
Source App: WhatsApp
Body:
5k a month for the rental properties?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 5:36:34 PM(UTC+0)
Source App: WhatsApp
Body:
From https://redf.in/Ja5W3S
------------------------------
From: System Message System Message
Timestamp: 10/16/2022 5:37:05 PM(UTC+0)
Source App: WhatsApp
Body:
Outgoing call from Raheim (17575270972@s.whatsapp.net owner)
------------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 10/16/2022 6:19:12 PM(UTC+0)
Source App: WhatsApp
Body:
Will my house be finished by December?
------------------------------
From: ████████@s.whatsapp.net ████
Timestamp: 10/16/2022 6:19:18 PM(UTC+0)

Source App: WhatsApp
Body:
My lease is up in Dec
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 6:19:30 PM(UTC+0)
Source App: WhatsApp
Body:
Probably not
-----------------------------
From: ██████ @s.whatsapp.net ████
Timestamp: 10/16/2022 6:19:55 PM(UTC+0)
Source App: WhatsApp
Body:
Oh ho
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:05:43 PM(UTC+0)
Source App: WhatsApp
Body:
What's the balance on your credit card?
-----------------------------
From: ██████ @s.whatsapp.net ████
Timestamp: 10/16/2022 9:06:24 PM(UTC+0)
Source App: WhatsApp
Body:
7500
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:06:36 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:06:43 PM(UTC+0)
Source App: WhatsApp
Body:
Thought was 4000
-----------------------------
From: ██████ @s.whatsapp.net ████
Timestamp: 10/16/2022 9:07:18 PM(UTC+0)
Source App: WhatsApp
Body:
Was 5300 but you used the 3400
-----------------------------
From: ██████ @s.whatsapp.net ████
Timestamp: 10/16/2022 9:07:52 PM(UTC+0)
Source App: WhatsApp
Body:
Paid 500 last week

-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:12:29 PM(UTC+0)
Source App: WhatsApp
Body:
Come for the money tomorrow
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:12:44 PM(UTC+0)
Source App: WhatsApp
Body:
Use your job to get the jeep before you quit
-----------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/16/2022 9:13:13 PM(UTC+0)
Source App: WhatsApp
Body:
Wam to make up the 9500?
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:13:48 PM(UTC+0)
Source App: WhatsApp
Body:
Wam
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:13:57 PM(UTC+0)
Source App: WhatsApp
Body:
To pay off the card
-----------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/16/2022 9:14:28 PM(UTC+0)
Source App: WhatsApp
Body:
Have 8k in savings might use that
-----------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/16/2022 9:14:29 PM(UTC+0)
Source App: WhatsApp
Body:
Idk
-----------------------------
From: ███████ @s.whatsapp.net ███
Timestamp: 10/16/2022 9:14:49 PM(UTC+0)
Source App: WhatsApp
Body:
How much money ?
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:15:31 PM(UTC+0)

Source App: WhatsApp
Body:
Use cash to pay it off directly
-----------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/16/2022 9:16:08 PM(UTC+0)
Source App: WhatsApp
Body:
Ok how much you sparing tomorrow ?
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:16:22 PM(UTC+0)
Source App: WhatsApp
Body:
Wam the balance
-----------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/16/2022 9:16:52 PM(UTC+0)
Source App: WhatsApp
Body:
Kk will pay a portion now & more lil later
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:19:52 PM(UTC+0)
Source App: WhatsApp
Body:
You could pay off the whole thing one time
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:20:13 PM(UTC+0)
Source App: WhatsApp
Body:
And get the jeep next month when your credit go back up
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:20:23 PM(UTC+0)
Source App: WhatsApp
Body:
Then quit
-----------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/16/2022 9:22:20 PM(UTC+0)
Source App: WhatsApp
Body:
What date your card due
-----------------------------
From: ████████ @s.whatsapp.net ████
Timestamp: 10/16/2022 9:24:27 PM(UTC+0)
Source App: WhatsApp
Body:
Was the 15th, paid 500 the 14th

==================================================================
==================================================

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/17/2022 3:35:08 PM(UTC+0)
Source App: WhatsApp
Body:
Where you

------------------------------

From: ███████████ @s.whatsapp.net ████
Timestamp: 10/17/2022 3:35:16 PM(UTC+0)
Source App: WhatsApp
Body:
Jail

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/17/2022 3:35:22 PM(UTC+0)
Source App: WhatsApp
Body:
Send a screenshot from online banking

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/17/2022 3:35:36 PM(UTC+0)
Source App: WhatsApp
Body:
I will pay it

------------------------------

From: ███████████ @s.whatsapp.net ████
Timestamp: 10/17/2022 3:35:43 PM(UTC+0)
Source App: WhatsApp
Body:
Screenshot of what

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/17/2022 3:35:50 PM(UTC+0)
Source App: WhatsApp
Body:
Card details

------------------------------

From: ███████████ @s.whatsapp.net ████
Timestamp: 10/17/2022 3:37:48 PM(UTC+0)
Source App: WhatsApp
Body:
Not seeing acct number

------------------------------

From: ███████████ @s.whatsapp.net ████
Timestamp: 10/17/2022 3:37:49 PM(UTC+0)
Source App: WhatsApp
Attachments:
#1: chats\WhatsApp_17575270972@s.whatsapp.net\attachments2\IMG-20221017-WA0013.jpg
Body:

------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/17/2022 3:39:12 PM(UTC+0)
Source App: WhatsApp
Body:
What's your access number
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/17/2022 3:55:54 PM(UTC+0)
Source App: WhatsApp
Body:
I get it
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/17/2022 4:24:50 PM(UTC+0)
Source App: WhatsApp
Body:
Did you pay it yet ?
------------------------------
From: 17575270972@s.whatsapp.net Raheim (owner)
Timestamp: 10/17/2022 4:26:23 PM(UTC+0)
Source App: WhatsApp
Body:
Yea
------------------------------
From: ██████████ @s.whatsapp.net ████
Timestamp: 10/17/2022 4:33:02 PM(UTC+0)
Source App: WhatsApp
Body:
Kk