# Exhibit B

# Chat-1 ("█████")

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 6/23/2021 2:46:07 PM(UTC+0)

Source App: WhatsApp

Body:

I've been good. I'm in Virginia right now. The borders in Trinidad still closed so I'm here for now.. ████ ██████████████████████████████████████████. I'm also working acquiring rental properties

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 6/23/2021 2:46:57 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████                                    -

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 6/23/2021 2:47:17 PM(UTC+0)

Source App: WhatsApp

Body:

We have over 10k likes on Facebook

-----------------------------

From: ████████ @s.whatsapp.net ██████

Timestamp: 6/23/2021 6:51:57 PM(UTC+0)

Source App: WhatsApp

Body:

Ohhhh sounds interesting

-----------------------------

From: ████████ @s.whatsapp.net ██████

Timestamp: 6/23/2021 6:52:08 PM(UTC+0)

Source App: WhatsApp

Body:

Your a busy guy cuz

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 6/23/2021 6:52:27 PM(UTC+0)

Source App: WhatsApp

Body:

🥰

------------------------------

From: ███████ @s.whatsapp.net ██████

Timestamp: 6/23/2021 6:52:54 PM(UTC+0)

Source App: WhatsApp

Body:

That's fantastic hun make that money an shape up that lifestyle b4 you start your family

------------------------------

From: ███████ @s.whatsapp.net ██████

Timestamp: 6/23/2021 6:53:16 PM(UTC+0)

Source App: WhatsApp

Body:

Am soooooooooo proud of you love ❤️

------------------------------

From: ███████ @s.whatsapp.net ██████

Timestamp: 6/23/2021 6:53:27 PM(UTC+0)

Source App: WhatsApp

Body:

Your really smashing it in life 💖

------------------------------

2

From: ████████ @s.whatsapp.net ████████

Timestamp: 6/23/2021 6:54:01 PM(UTC+0)

Source App: WhatsApp

Body:

🌹🌹🌹🌹🌹🌹 well done kisses

-----------------------------

████████████████████████

████████████████████

██████████████

████

████████████████████████████ ▯▯ ██████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 6/23/2021 6:54:58 PM(UTC+0)

Source App: WhatsApp

Body:

Now I'm on to bigger and better things

████████████████████████

████████████████████

██████████████

████

████████████████

████████████

██████████████████████████

████████████████████

██████████████

████

██████ ▯▯ ████████ ▯

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 6/23/2021 7:30:08 PM(UTC+0)

Source App: WhatsApp

Body:

My bird in Vietnam built a house 😝

------------------------------

██████████████████████████

████████████████████

██████████████

████

████████████████████████████████████

██████████████

██████████████████████████

████████████████████

██████████████

████

███████████████████████████

██████████████

██████████████████████████

████████████████████

██████████████

████

████████████████████

------------------------------

# Chat-2 (██████████)

From: ██████████@s.whatsapp.net ██████████

Timestamp: 1/11/2018 7:26:48 PM(UTC+0)

4

██████████████

████

████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/11/2018 7:27:04 PM(UTC+0)

Source App: WhatsApp

Body:

Wam

-----------------------------

████████████████████████████

██████████████████████

████████████████

████

██

From: ████████@s.whatsapp.net ██████

Timestamp: 1/24/2018 6:57:44 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/24/2018 6:57:52 PM(UTC+0)

Source App: WhatsApp

Body:

Wam

-----------------------------

From: ████████@s.whatsapp.net ██████

Timestamp: 1/24/2018 6:58:20 PM(UTC+0)

Source App: WhatsApp

Body:

Thinking about it

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/24/2018 6:59:02 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████████

-----------------------------

rom: ████████@s.whatsapp.net ██████

Timestamp: 2/19/2018 2:10:07 PM(UTC+0)

Source App: WhatsApp

Body:

Hope stuff will start coming together by da end of April wat u think?

-----------------------------

From: ████████@s.whatsapp.net ██████

Timestamp: 2/19/2018 2:10:39 PM(UTC+0)

Source App: WhatsApp

Body:

🤞

-----------------------------

████████████████████████

█████████████████████

██████████████

████

██████████████

-----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/20/2018 8:22:01 PM(UTC+0)

Source App: WhatsApp

Body:

Thank Goddddddddddd

-----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/20/2018 8:22:54 PM(UTC+0)

Source App: WhatsApp

Body:

My dam head just about ready to explore

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/20/2018 8:26:26 PM(UTC+0)

Source App: WhatsApp

Body:

wam

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/20/2018 8:26:32 PM(UTC+0)

Source App: WhatsApp

Body:

███████████

-----------------------------

███████████████████████

██████████████████

████████████

███

██████████████████

------------------------------

From: ███████@s.whatsapp.net ████

Timestamp: 2/21/2018 9:31:10 PM(UTC+0)

Source App: WhatsApp

Body:

Yeaaaaa

------------------------------

████████████████████

██████████████████

███████████

███

█████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 9:31:54 PM(UTC+0)

Source App: WhatsApp

Body:

wam

------------------------------

██████████████████████

██████████████████

███████████

███

█████████████████████████

------------------------------

From: ███████@s.whatsapp.net ████

Timestamp: 2/21/2018 9:32:48 PM(UTC+0)

Source App: WhatsApp

Body:

8

So wen I can make a rain just da first time for

-----------------------------

From: ███████ @s.whatsapp.net ██████

Timestamp: 2/21/2018 9:32:58 PM(UTC+0)

Source App: WhatsApp

Body:

My bad

-----------------------------

From: ███████ @s.whatsapp.net ██████

Timestamp: 2/21/2018 9:33:13 PM(UTC+0)

Source App: WhatsApp

Body:

4 da first time

-----------------------------

████████████████████████

██████████████████

████████████

███

████████████

-----------------------------

From: ███████ @s.whatsapp.net ██████

Timestamp: 2/21/2018 9:50:54 PM(UTC+0)

Source App: WhatsApp

Body:

Stupsss y do u feel u got to tell me dat,u think I'm stupid

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 9:56:03 PM(UTC+0)

Source App: WhatsApp

Body:

I shouldn't of tell ███████ he too excited and tellin everybody

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 9:56:36 PM(UTC+0)

Source App: WhatsApp

Body:

WTF

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 9:56:52 PM(UTC+0)

Source App: WhatsApp

Body:

Every body like who

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 9:57:10 PM(UTC+0)

Source App: WhatsApp

Body:

He friend and them

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 9:57:20 PM(UTC+0)

Source App: WhatsApp

Body:

Stupsss

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 9:57:27 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████████████

----------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 2/21/2018 9:57:30 PM(UTC+0)

Source App: WhatsApp

Body:

Dats BS

----------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 2/21/2018 9:58:30 PM(UTC+0)

Source App: WhatsApp

Body:

Stupsss y dey talk so f.... much

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 9:58:41 PM(UTC+0)

Source App: WhatsApp

Body:

He*

----------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 2/21/2018 9:59:15 PM(UTC+0)

Source App: WhatsApp

Body:

Every one is gonna start running dey dam mouth

----------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 2/21/2018 9:59:26 PM(UTC+0)

Source App: WhatsApp

Body:

Who he tell

----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/21/2018 9:59:32 PM(UTC+0)

Source App: WhatsApp

Body:

Stupsss

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 9:59:36 PM(UTC+0)

Source App: WhatsApp

Body:

Don't know

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 9:59:41 PM(UTC+0)

Source App: WhatsApp

Body:

████████████

----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/21/2018 9:59:54 PM(UTC+0)

Source App: WhatsApp

Body:

██████

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 10:00:00 PM(UTC+0)

Source App: WhatsApp

Body:

████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 10:00:06 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████

-----------------------------

From: ████████@s.whatsapp.net ████

Timestamp: 2/21/2018 10:00:11 PM(UTC+0)

Source App: WhatsApp

Body:

Oh great

-----------------------------

From: ████████@s.whatsapp.net ████

Timestamp: 2/21/2018 10:00:32 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 10:00:40 PM(UTC+0)

Source App: WhatsApp

Body:

wam

----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/21/2018 10:01:02 PM(UTC+0)

Source App: WhatsApp

Body:

I don't like dat BS

----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/21/2018 10:01:33 PM(UTC+0)

Source App: WhatsApp

Body:

Sum like dat supposed to b u,me and Danielle

----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/21/2018 10:01:51 PM(UTC+0)

Source App: WhatsApp

Body:

Stay in d damit house

----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/21/2018 10:02:53 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████████

----------------------------

From: ███████ @s.whatsapp.net ████

Timestamp: 2/21/2018 10:04:28 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 10:05:08 PM(UTC+0)

Source App: WhatsApp

Body:

he want in

------------------------------

████████████████████████

███████████████████████

██████████████

████

██████████████████

█████████████

████████████████████████

███████████████████████

████████████████

████

████████████████████████████████

------------------------------

From: ████████ @s.whatsapp.net ████████

Timestamp: 2/21/2018 10:09:03 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████████

------------------------------

From: ████████ @s.whatsapp.net ████████

Timestamp: 2/21/2018 10:09:26 PM(UTC+0)

Source App: WhatsApp

Body:

Daz any thing to talk about

----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:09:33 PM(UTC+0)

Source App: WhatsApp

Body:

Stupsss

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 10:09:54 PM(UTC+0)

Source App: WhatsApp

Body:

If he ask again will tell him not doing it again

----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:10:11 PM(UTC+0)

Source App: WhatsApp

Body:

Dey may not no u but still

----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:10:31 PM(UTC+0)

Source App: WhatsApp

Body:

Yepp

----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:11:31 PM(UTC+0)

Source App: WhatsApp

Body:

Tell him u stop because he ran his f.... mouth,an is dat

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:13:11 PM(UTC+0)

Source App: WhatsApp

Body:

Next ting d Rong ears hear dat Shit,he got to b crazy

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:13:28 PM(UTC+0)

Source App: WhatsApp

Body:

Wam he stupid

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:17:35 PM(UTC+0)

Source App: WhatsApp

Body:

Dat is called no family value his father would have never done dat

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:17:50 PM(UTC+0)

Source App: WhatsApp

Body:

Stupsss

-----------------------------

From: ███████ @s.whatsapp.net ███████

Timestamp: 2/21/2018 10:21:20 PM(UTC+0)

Source App: WhatsApp

Body:

He don't give a shit about anybody anyways,mama,dada no dam body

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/21/2018 10:21:36 PM(UTC+0)

Source App: WhatsApp

Body:

yep

------------------------------

From: █████████ @s.whatsapp.net ███████

Timestamp: 2/24/2018 7:06:10 AM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/24/2018 7:06:33 AM(UTC+0)

Source App: WhatsApp

Body:

███████████████████

------------------------------

From: █████████ @s.whatsapp.net ███████

Timestamp: 2/24/2018 5:47:24 PM(UTC+0)

Source App: WhatsApp

Body:

█████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/24/2018 5:48:05 PM(UTC+0)

Source App: WhatsApp

Body:

Not yet

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/24/2018 5:48:27 PM(UTC+0)

Source App: WhatsApp

Body:

Well yes

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/24/2018 5:48:44 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████

From: ████████@s.whatsapp.net ████████

Timestamp: 2/24/2018 5:48:57 PM(UTC+0)

Source App: WhatsApp

Body:

Who u

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/24/2018 5:49:02 PM(UTC+0)

Source App: WhatsApp

Body:

Nope

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/24/2018 5:49:22 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████

----------------------------

████████████████████████

██████████████████████

██████████████

████

██████████████

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 9/24/2019 9:30:17 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████

----------------------------

From: ███████ @s.whatsapp.net ██████

Timestamp: 9/24/2019 9:31:13 PM(UTC+0)

Source App: WhatsApp

Body:

how many

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 9/24/2019 9:32:02 PM(UTC+0)

Source App: WhatsApp

Body:

3k

------------------------------

From: ██████████ @s.whatsapp.net ██████

Timestamp: 9/24/2019 9:32:30 PM(UTC+0)

Source App: WhatsApp

Body:

yea







24





From: ███████@s.whatsapp.net ██

Timestamp: 4/11/2020 1:05:11 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████

------------------------------

From: ███████@s.whatsapp.net ██

Timestamp: 4/11/2020 1:05:19 PM(UTC+0)

Source App: WhatsApp

Body:

It's scary

------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 4/11/2020 1:06:08 PM(UTC+0)

Source App: WhatsApp

Body:

People kill each other, cut head, cut hands, legs and morr

------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 4/11/2020 1:06:11 PM(UTC+0)

Source App: WhatsApp

Body:

More

------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 4/11/2020 1:06:30 PM(UTC+0)

Source App: WhatsApp

Body:

They also do experiments on people

------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 4/11/2020 1:06:35 PM(UTC+0)

Source App: WhatsApp

Body:

Really?

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:06:44 PM(UTC+0)

Source App: WhatsApp

Body:

Did you watch those thing

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:11:54 PM(UTC+0)

Source App: WhatsApp

Body:

A man told he accessed a website and someone followed him from a link, then they knew who he is, his address, his job, his personal information then they found him, told him if he want to be alive, he has to send that link to find someone replace him, he has to  lead them to their secret house and kill them, with 1 person he found, he can live 1 more day, maybe he died now.

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:13:00 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:13:16 PM(UTC+0)

Source App: WhatsApp

Body:

I am frightened now

-----------------------------

From: ███████ @s.whatsapp.net ███

Timestamp: 4/11/2020 1:13:35 PM(UTC+0)

Source App: WhatsApp

Body:

You need to be careful

-----------------------------

From: ███████ @s.whatsapp.net ███

Timestamp: 4/11/2020 1:13:42 PM(UTC+0)

Source App: WhatsApp

Body:

I am so worried abt you

-----------------------------

From: ███████ @s.whatsapp.net ███

Timestamp: 4/11/2020 1:13:59 PM(UTC+0)

Source App: WhatsApp

Body:

Plz be careful

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:14:17 PM(UTC+0)

Source App: WhatsApp

Body:

Don't worry I'll be ok

-----------------------------

From: ███████ @s.whatsapp.net ███

Timestamp: 4/11/2020 1:14:31 PM(UTC+0)

Source App: WhatsApp

Body:

You know all those shit?

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:14:42 PM(UTC+0)

Source App: WhatsApp

Body:

Did you watch anything there?

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:15:23 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah I know

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:15:32 PM(UTC+0)

Source App: WhatsApp

Body:

Kill people and film it?

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:15:40 PM(UTC+0)

Source App: WhatsApp

Body:

Cut their head too?

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:15:41 PM(UTC+0)

Source App: WhatsApp

Body:

Some of it is not true

----------------------------

From: █████████@s.whatsapp.net █████

Timestamp: 4/11/2020 1:16:01 PM(UTC+0)

Source App: WhatsApp

Body:

Most of it is true?

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:16:05 PM(UTC+0)

Source App: WhatsApp

Body:

No

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:16:09 PM(UTC+0)

Source App: WhatsApp

Body:

It isn't

████████████

██████████████████████████

████████████████████



------------------------------

From: ███████ @s.whatsapp.net ███

Timestamp: 4/11/2020 1:16:40 PM(UTC+0)

Source App: WhatsApp

Body:

Don't live with that shit for so long

------------------------------

From: ███████ @s.whatsapp.net ███

Timestamp: 4/11/2020 1:16:51 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:17:12 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████████████

-----------------------------

From: ████████@s.whatsapp.net ██

Timestamp: 4/11/2020 1:17:32 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████

-----------------------------

From: ████████@s.whatsapp.net ██

Timestamp: 4/11/2020 1:17:40 PM(UTC+0)

Source App: WhatsApp

Body:

Then their show me that

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:18:38 PM(UTC+0)

Source App: WhatsApp

Body:

Well it's not true

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:18:59 PM(UTC+0)

Source App: WhatsApp

Body:

They just say that because the government can't control it

-----------------------------

███████████████████████

████████████████████

████████████

█████

████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:19:25 PM(UTC+0)

Source App: WhatsApp

Body:

Don't worry

-----------------------------

From: ████████@s.whatsapp.net ██

Timestamp: 4/11/2020 1:19:26 PM(UTC+0)

Source App: WhatsApp

Body:

Ok. Hope you always be fine there

-----------------------------

From: ████████@s.whatsapp.net ██

Timestamp: 4/11/2020 1:22:54 PM(UTC+0)

Source App: WhatsApp

Body:

Ok just be careful

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:23:30 PM(UTC+0)

Source App: WhatsApp

Body:

And I dont think everything is completely safe

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:24:21 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████████████████████████

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 4/11/2020 1:24:41 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:25:01 PM(UTC+0)

Source App: WhatsApp

Body:

Yea

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:27:27 PM(UTC+0)

Source App: WhatsApp

Body:

Don't worry

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 4/11/2020 1:27:36 PM(UTC+0)

Source App: WhatsApp

Body:

I am always careful

------------------------------

# Chat- 5 (███)

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/17/2020 3:34:06 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/17/2020 3:34:18 PM(UTC+0)

Source App: WhatsApp

Body:

█████████████

------------------------------

████████████████████

████████████████████

████████████

███



------------------------------

------------------------------

Chat-6 (███) ████████████████

------------------------------

██████████████████████████

████████████████████

███████████████

███

███

------------------------------

From: ████████ @s.whatsapp.net ███

Timestamp: 9/21/2019 4:52:33 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah. You told me

------------------------------

From: ████████ @s.whatsapp.net ███

Timestamp: 9/21/2019 4:52:38 PM(UTC+0)

Source App: WhatsApp

Body:

🤩

------------------------------

███████████████████

████████████████████

███████████████

███

██████████████

███████████

██████████████████████████

████████████████████

███████████████

██████

████

████████

███████████████████

██████████████

██████████

███

██████

------------------------------

From: ████████ @s.whatsapp.net ██

Timestamp: 9/21/2019 4:54:21 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah. Be careful

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 9/21/2019 4:55:09 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah

------------------------------

From: ████████ @s.whatsapp.net ██

Timestamp: 9/21/2019 4:56:34 PM(UTC+0)

Source App: WhatsApp

Body:

🥰

------------------------------

38

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 9/21/2019 4:57:17 PM(UTC+0)

Source App: WhatsApp

Body:

██████████

------------------------------

From: ██████████ @s.whatsapp.net ███

Timestamp: 9/21/2019 4:59:25 PM(UTC+0)

Source App: WhatsApp

Body:

Hey. We can tell abt it when you come back

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 9/21/2019 4:59:40 PM(UTC+0)

Source App: WhatsApp

Body:

Ok

------------------------------

From: ██████████ @s.whatsapp.net ███

Timestamp: 9/21/2019 4:59:46 PM(UTC+0)

Source App: WhatsApp

Body:

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 9/21/2019 4:59:52 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah

------------------------------

# Chat- 7 ( ████████ )

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/12/2020 8:01:19 PM(UTC+0)

Source App: WhatsApp

Body:

Omg ██████

------------------------------

From: ███████████ @s.whatsapp.net ████████

Timestamp: 5/12/2020 8:02:28 PM(UTC+0)

Source App: WhatsApp

Body:

Whattttttt

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/12/2020 8:02:57 PM(UTC+0)

██████████████

████

█████████████████

------------------------------

████████████████████████████

███████████████████████

██████████████

███

██████████████████████████████████████

------------------------------



------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 5/12/2020 8:03:44 PM(UTC+0)

Source App: WhatsApp

Body:

I do but ███ is safe dnt worry

------------------------------

------------------------------

------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 5/12/2020 8:04:27 PM(UTC+0)

Source App: WhatsApp

41

Body:

Babes i knw the consequences

------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 5/12/2020 8:04:47 PM(UTC+0)

Source App: WhatsApp

Body:

Shes the one who wanted to knw about the thing i asks you bout

------------------------------

██████████████████████

████████████████

████████████

████

████████████████████████████

------------------------------

From: ████████ @s.whatsapp.net ████

Timestamp: 5/12/2020 8:06:17 PM(UTC+0)

Source App: WhatsApp

Body:

Im sorry bbes but is only ████ i told and not full details either

------------------------------

██████████████████████

████████████████

████████████

████

██████████████████████████████████

██████████

------------------------------

From: ██████████ @s.whatsapp.net ████████

Timestamp: 5/12/2020 8:06:46 PM(UTC+0)

Source App: WhatsApp

Body:

Say no more i do get it

------------------------------

From: ██████████ @s.whatsapp.net ████████

Timestamp: 5/12/2020 8:06:53 PM(UTC+0)

Source App: WhatsApp

Body:

Sorry

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/12/2020 8:07:37 PM(UTC+0)

Source App: WhatsApp

Body:

😞

------------------------------

From: ██████████ @s.whatsapp.net ████████

Timestamp: 5/12/2020 8:09:05 PM(UTC+0)

Source App: WhatsApp

Body:

I love you bbes and i will not do Any thing to jeopardise your wellbeing

------------------------------

████████████████████████████████

████████████████████████

██████████████

████

██████████████████

-----------------------------

From: ████████@s.whatsapp.net ████

Timestamp: 5/12/2020 8:20:09 PM(UTC+0)

Source App: WhatsApp

Body:

Done that long time bbes... and again im sorry but youre safe

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/12/2020 8:20:37 PM(UTC+0)

Source App: WhatsApp

Body:

Thanks

████████████████████████

███████████████████████

██████████████

████

████████████████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/22/2020 2:24:42 PM(UTC+0)

Source App: WhatsApp

Body:

Now I looking towards the future

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/22/2020 2:24:48 PM(UTC+0)

Source App: WhatsApp

Body:

And investing


rom: ███████████ @s.whatsapp.net ███████

Timestamp: 12/22/2020 2:25:38 PM(UTC+0)

Source App: WhatsApp

Body:

Ohhh shit no... but its all gd

------------------------------

From: ███████████ @s.whatsapp.net ███████

Timestamp: 12/22/2020 2:26:05 PM(UTC+0)

Source App: WhatsApp

Body:

Ive been seeing alot of ppl talking bout crytocoins

------------------------------

From: ███████████ @s.whatsapp.net ███████

Timestamp: 12/22/2020 2:26:35 PM(UTC+0)

Source App: WhatsApp

Body:

But wait youve got bitcoins and thats gone up so you shld still be good right

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/22/2020 2:28:06 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah it's going parabolic. It's at 23k right now. I remember when it was 200. Made a bit, lost it all, then made it back and more

------------------------------

From: ████████@s.whatsapp.net ████

Timestamp: 12/22/2020 2:28:23 PM(UTC+0)

Source App: WhatsApp

Body:

Hmmm

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/22/2020 2:28:34 PM(UTC+0)

Source App: WhatsApp

Body:

People are staying 23k is still massively undervalued and calling for it to be 400k

------------------------------

From: ████████@s.whatsapp.net ████

Timestamp: 12/22/2020 2:28:36 PM(UTC+0)

Source App: WhatsApp

Body:

Risky risky business

------------------------------

From: ████████@s.whatsapp.net ████

Timestamp: 12/22/2020 2:28:55 PM(UTC+0)

Source App: WhatsApp

Body:

Greed or not

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/22/2020 2:29:31 PM(UTC+0)

Source App: WhatsApp

Body:

It'll get there eventually in a couple of years no doubt

-----------------------------

From: ███████████ @s.whatsapp.net ████████

Timestamp: 12/22/2020 2:29:39 PM(UTC+0)

Source App: WhatsApp

Body:

Teach me how to invest

-----------------------------

From: ███████████ @s.whatsapp.net ████████

Timestamp: 12/22/2020 2:30:01 PM(UTC+0)

Source App: WhatsApp

Body:

Im not so brave as you...

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/22/2020 2:31:27 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah I'm thinking about investing all over the world. It would be cool to come to the UK and invest in some rental properties

------------------------------

# Chat- 8 (█████████)

From: ████████ @s.whatsapp.net

Timestamp: 12/17/2017 6:28:26 PM(UTC+0)

Source App: WhatsApp

Body:

Yea you can stay by me whenever you come Trinidad

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/17/2017 6:33:22 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████. Maybe sometime next month

------------------------------

███████████████

████████████████

████████████

███

████████████████████████████

████████████

███████████████

████████████████

████████████

███

██████████████

------------------------------

From: ████████ @s.whatsapp.net

48

Timestamp: 12/25/2017 2:55:11 PM(UTC+0)

Source App: WhatsApp

Body:

Have sup to show you when you come over dude. I'm hyped right now lol

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/25/2017 3:17:40 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah due to bitcoin value increase

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 12/25/2017 3:18:01 PM(UTC+0)

Source App: WhatsApp

Body:

When it open bitcoin was worth less than a dollar

-----------------------------

From: █████████@s.whatsapp.net

Timestamp: 2/7/2018 3:59:25 AM(UTC+0)

Source App: WhatsApp

Body:

You up

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 3:59:55 AM(UTC+0)

Source App: WhatsApp

Body:

hey

------------------------------

From: ██████████@s.whatsapp.net

Timestamp: 2/7/2018 4:00:12 AM(UTC+0)

Source App: WhatsApp

Body:

██████████

------------------------------

██████████████████

████████████████████████

████████████

███

████████

██████████

███████████████████████

████████████████████

████████████

███

███

██████████

███████████████████████

████████████████████

████████████

███

███████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:05:48 AM(UTC+0)

Source App: WhatsApp

Body:

Could be 6 months to a year maybe

-----------------------------

███████████████████████████

████████████████████

██████████████

████

███████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:06:20 AM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:06:28 AM(UTC+0)

Source App: WhatsApp

Body:

*when they

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:06:44 AM(UTC+0)

Source App: WhatsApp

Body:

███████████████████

------------------------------

From: ███████ @s.whatsapp.net

Timestamp: 2/7/2018 4:06:45 AM(UTC+0)

Source App: WhatsApp

Body:

Sweet

------------------------------

From: ███████ @s.whatsapp.net

Timestamp: 2/7/2018 4:06:58 AM(UTC+0)

Source App: WhatsApp

Body:

Still keep the security up tho

------------------------------

From: ███████ @s.whatsapp.net

Timestamp: 2/7/2018 4:07:05 AM(UTC+0)

Source App: WhatsApp

Body:

███████████████

------------------------------

████████████████████████████

██████████████████████

███████████████

████

████████████████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:07:13 AM(UTC+0)

Source App: WhatsApp

Body:

Yeah

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:07:17 AM(UTC+0)

Source App: WhatsApp

Body:

of course

-----------------------------

-----------------------------

-----------------------------

██████████████████

█████████████

██████████████████████████

█████████████████████

████████████████

████

█████████████████████████████████████

------------------------------

From: ████████ @s.whatsapp.net

Timestamp: 2/7/2018 4:08:42 AM(UTC+0)

Source App: WhatsApp

Body:

Ok cool

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:09:05 AM(UTC+0)

Source App: WhatsApp

Body:

When you come I will show you

------------------------------

From: ████████ @s.whatsapp.net

Timestamp: 2/7/2018 4:09:14 AM(UTC+0)

Source App: WhatsApp

Body:

Cool

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:10:05 AM(UTC+0)

Source App: WhatsApp

Body:

███████████████████████████████████████████
█████

███████████████████

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 2/7/2018 4:10:20 AM(UTC+0)

Source App: WhatsApp

Body:

█████████████████████████████

------------------------------

███████████████████████████

████████████████████████

████████████████

█████

█████████████████

██████████████

████████████████████████

██████████████████████

████████████████

████

██████

████████████████

████████████████████████

██████████████████████

████████████████

█████

████████████

------------------------------

From: ████████@s.whatsapp.net

Timestamp: 5/13/2018 11:00:51 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/13/2018 11:01:21 PM(UTC+0)

Source App: WhatsApp

Body:

I not doing that again

------------------------------

███████████████████████

█████████████████████

███████████████

████

█████████████████

------------------------------

From: ████████@s.whatsapp.net

Timestamp: 5/13/2018 11:05:34 PM(UTC+0)

Source App: WhatsApp

Body:

Why boi

------------------------------

From: ███████████@s.whatsapp.net

Timestamp: 5/13/2018 11:05:37 PM(UTC+0)

Source App: WhatsApp

Body:

Shit

------------------------------

From: ███████████@s.whatsapp.net

Timestamp: 5/13/2018 11:05:41 PM(UTC+0)

Source App: WhatsApp

Body:

What happened

------------------------------

█████████████████████

██████████████████

████████████

███

███████████████

██████████

█████████████████████

██████████████████

████████████

███

█████████

██████████

█████████████████████

██████████████████

████████████

██

████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/13/2018 11:08:09 PM(UTC+0)

Source App: WhatsApp

Body:

So right now I'm just doing some investing

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 5/13/2018 11:09:02 PM(UTC+0)

Source App: WhatsApp

Body:

It going good you make some you lose some

-----------------------------

From: ██████@s.whatsapp.net

Timestamp: 5/14/2018 1:13:00 AM(UTC+0)

Source App: WhatsApp

Body:

That's strange tho

-----------------------------

From: ██████@s.whatsapp.net

Timestamp: 5/14/2018 1:13:18 AM(UTC+0)

Source App: WhatsApp

Body:

████████████████████

# Chat ("█")

-----------------------------

From: [17575270972@s.whatsapp.net](mailto:17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:16:34 PM(UTC+0)

Source App: WhatsApp

Body:

Soon I will make you rich █

-----------------------------

From: [17575270972@s.whatsapp.net](mailto:17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:16:40 PM(UTC+0)

Source App: WhatsApp

Body:

Don't worry

-----------------------------

From: [17575270972@s.whatsapp.net](mailto:17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:16:54 PM(UTC+0)

Source App: WhatsApp

Body:

Remember I tell you that

-----------------------------

From: █ [@s.whatsapp.net](mailto:@s.whatsapp.net) █

Timestamp: 1/23/2018 4:16:55 PM(UTC+0)

Source App: WhatsApp

Body:

Lol ihu

-----------------------------

From █ [@s.whatsapp.net](mailto:@s.whatsapp.net) █

Timestamp: 1/23/2018 4:17:04 PM(UTC+0)

Source App: WhatsApp

Body:

OK 🙈

-----------------------------

From: ███████ @s.whatsapp.net █

Timestamp: 1/23/2018 4:17:12 PM(UTC+0)

Source App: WhatsApp

Body:

Why me tho ?

-----------------------------

From: ███████ @s.whatsapp.net █

Timestamp: 1/23/2018 4:17:24 PM(UTC+0)

Source App: WhatsApp

Body:

Why not ███ or d others?

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:17:37 PM(UTC+0)

Source App: WhatsApp

Body:

Because I want to keep the wealth in the family

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:17:51 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah I going and set up a restaurant for ███

-----------------------------

From: ███████ @s.whatsapp.net ██

Timestamp: 1/23/2018 4:17:59 PM(UTC+0)

Source App: WhatsApp

Body:

Oh OK ok

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:18:34 PM(UTC+0)

Source App: WhatsApp

Body:

Lol

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:18:53 PM(UTC+0)

Source App: WhatsApp

Body:

This thing I working on here, have a lot of potential

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:19:05 PM(UTC+0)

Source App: WhatsApp

Body:

I will explain it to you and how sometime

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:19:12 PM(UTC+0)

Source App: WhatsApp

Body:

And you will understand

------------------------------

From: ███████████ @s.whatsapp.net ███

Timestamp: 1/23/2018 4:19:42 PM(UTC+0)

Source App: WhatsApp

Body:

I kinda understand

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:21:30 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████████████████████

------------------------------

From: ███████████ @s.whatsapp.net ███

Timestamp: 1/23/2018 4:21:51 PM(UTC+0)

Source App: WhatsApp

Body:

Yep

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:21:51 PM(UTC+0)

Source App: WhatsApp

Body:

But is not what you think

------------------------------

From: ████████ @s.whatsapp.net ██

Timestamp: 1/23/2018 4:22:03 PM(UTC+0)

Source App: WhatsApp

Body:

Let d success speak for itself

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:22:14 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:22:36 PM(UTC+0)

Source App: WhatsApp

Body:

This is a cruel world, you have to make it to the top however you can

------------------------------

From: ████████ @s.whatsapp.net ██

Timestamp: 1/23/2018 4:22:48 PM(UTC+0)

Source App: WhatsApp

Body:

Yep for true

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:24:03 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████████████████████████████
████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:24:12 PM(UTC+0)

Source App: WhatsApp

Body:

Guaranteed

------------------------------

From: ████████@s.whatsapp.net ██

Timestamp: 1/23/2018 4:24:20 PM(UTC+0)

Source App: WhatsApp

Body:

Yes

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:24:23 PM(UTC+0)

Source App: WhatsApp

Body:

████████████

------------------------------

From: ████████@s.whatsapp.net ██

Timestamp: 1/23/2018 4:24:33 PM(UTC+0)

Source App: WhatsApp

Body:

Hmmmmm

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:24:59 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████

------------------------------

From: ████████ @s.whatsapp.net ██

Timestamp: 1/23/2018 4:25:11 PM(UTC+0)

Source App: WhatsApp

Body:

Ok

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:28:40 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████████

------------------------------

From: ████████ @s.whatsapp.net ██

Timestamp: 1/23/2018 4:29:05 PM(UTC+0)

Source App: WhatsApp

Body:

OK good...can't wait 🙇🙇🙇🙇

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:30:39 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:30:47 PM(UTC+0)

Source App: WhatsApp

Body:

Could be more

-----------------------------

From: ██████████ @s.whatsapp.net █

Timestamp: 1/23/2018 4:30:57 PM(UTC+0)

Source App: WhatsApp

Body:

Wda so much

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:31:06 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:31:14 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:31:52 PM(UTC+0)

Source App: WhatsApp

Body:

█████████████████

------------------------------

From: ███████████ @s.whatsapp.net ██

Timestamp: 1/23/2018 4:32:17 PM(UTC+0)

Source App: WhatsApp

Body:

Oh ok

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:34:57 PM(UTC+0)

Source App: WhatsApp

Body:

When you getting a little taste of success you doesn't want to go back inno

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:35:08 PM(UTC+0)

Source App: WhatsApp

Body:

Go back to your old poor lifestyle

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:35:15 PM(UTC+0)

Source App: WhatsApp

Body:

I talking about myself

-----------------------------

From: ████████ @s.whatsapp.net █

Timestamp: 1/23/2018 4:35:25 PM(UTC+0)

Source App: WhatsApp

Body:

Nobody would want to

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:35:26 PM(UTC+0)

Source App: WhatsApp

Body:

What I have experienced

-----------------------------

From: ████████ @s.whatsapp.net █

Timestamp: 1/23/2018 4:36:52 PM(UTC+0)

Source App: WhatsApp

Body:

Hmmmmmm good

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:37:36 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:38:18 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:38:56 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:40:05 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:40:13 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████

------------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:40:31 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████████

-----------------------------

From: ████████████@s.whatsapp.net ██

Timestamp: 1/23/2018 4:41:11 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:41:24 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████████████████████████
███

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:41:36 PM(UTC+0)

Source App: WhatsApp

Body:

████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:41:53 PM(UTC+0)

Source App: WhatsApp

Body:

Google, Facebook

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:42:01 PM(UTC+0)

Source App: WhatsApp

Body:

We will be up there

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:42:17 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:42:36 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████████

-----------------------------

From: ████████ @s.whatsapp.net ██

Timestamp: 1/23/2018 4:42:41 PM(UTC+0)

Source App: WhatsApp

Body:

That nobody can see

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: [17575270972@s.whatsapp.net](17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:42:58 PM(UTC+0)

Source App: WhatsApp

Body:

Yeah

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: [17575270972@s.whatsapp.net](17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:43:08 PM(UTC+0)

Source App: WhatsApp

Body:

███████████

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: [17575270972@s.whatsapp.net](17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:43:23 PM(UTC+0)

Source App: WhatsApp

Body:

████████████

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: [17575270972@s.whatsapp.net](17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:43:33 PM(UTC+0)

Source App: WhatsApp

Body:

████████████

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

From: [17575270972@s.whatsapp.net](17575270972@s.whatsapp.net) Raheim (owner)

Timestamp: 1/23/2018 4:45:21 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████

----------------------------

From: ████████ @s.whatsapp.net █

Timestamp: 1/23/2018 4:45:33 PM(UTC+0)

Source App: WhatsApp

Body:

Yes that's d best way

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:45:34 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████████

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:45:41 PM(UTC+0)

Source App: WhatsApp

Body:

████████

----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:46:06 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:46:27 PM(UTC+0)

Source App: WhatsApp

Body:

██████████████████████

-----------------------------

From: ████████@s.whatsapp.net █

Timestamp: 1/23/2018 4:46:42 PM(UTC+0)

Source App: WhatsApp

Body:

███████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:47:38 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████████████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:48:05 PM(UTC+0)

Source App: WhatsApp

Body:

████████████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:49:39 PM(UTC+0)

Source App: WhatsApp

Body:

████████████

-----------------------------

From: 17575270972@s.whatsapp.net Raheim (owner)

Timestamp: 1/23/2018 4:50:50 PM(UTC+0)

Source App: WhatsApp

Body:

Will have to show you