# Exhibit C





**Extraction Report** - Google Android Generic

## Tags (1)

| # | Type | Name | Tag description | Event | Tags | Created | Modified |
|---|---|---|---|---|---|---|---|
| 1 | User Accounts | | | | Important | 1/23/2023 11:43:49 AM | 1/23/2023 11:43:49 AM |

| User Account | Entries | Addresses | Notes | Additional info | Deleted |
|---|---|---|---|---|---|
| **Creation time**<br>5/11/2015<br>10:42:20 PM(UTC+0)<br>**Username:** ZeroAngel<br><br>**Password:** creaturesofsnow<br><br>**Service Type:**<br>https://mining.bitcoin.cz/<br><br>**Source:** Chrome | | | **Source file:**<br>EXTRACTION_FFS.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0x10C73 (Table: logins; Size: 425984 bytes) | | |