# Exhibit D



**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**
SOCIALIST REPUBLIC OF VIET NAM

**THỊ THỰC** / VISA  Số/No: T 0069527  KÝ HIỆU/Category: DL

CÓ GIÁ TRỊ TỪ NGÀY / Valid from: 05 Oct 2018
ĐẾN NGÀY / until: 05 Jan 2019

SỬ DỤNG MỘT / NHIỀU LẦN / Good for single / multiple entries: Nhiều lần / Multiple entries

HỌ TÊN / Full name: HAMILTON RAHEIM RONALD

NGÀY SINH / Date of birth: 05 Jan 1996

MANG HỘ CHIẾU CỦA NƯỚC / LÃNH THỔ / Holding passport of country / territory: USA/Hoa Kỳ   Số/No: 546170956

THỜI HẠN TẠM TRÚ THEO PHÉP CỦA CƠ QUAN QUẢN LÝ XUẤT NHẬP CẢNH
Length of stay is subject to permission by Immigration Authority.

GHI CHÚ / Annotation:



CẤP TẠI / Issued at: Washington   NGÀY / On: 27 Sep 2018

Tham tán
Quản Thị Kiều Anh

```
V<VNMHAMILTON<<RAHEIM<RONALD<<<<<<<<<<<<<<
5461709565USA9601053M1901056<<<<<<<<<<<<<<28
```

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**
SOCIALIST REPUBLIC OF VIET NAM

**THỊ THỰC / VISA**

Số / N°: X 0782135
Ký hiệu / Category: DL

Có giá trị từ ngày / Valid from: 01 Apr 2019
Đến ngày / until: 01 Jul 2019

Sử dụng một / nhiều lần / Good for single / multiple entries: Nhiều lần / Multiple entries

Họ tên / Full name: RAHEIM RONALD HAMILTON

Ngày sinh / Date of birth: 05 Jan 1996

Mang hộ chiếu của nước / lãnh thổ / Holding passport of country / territory: USA/Hoa Kỳ
Số / N°: 546170956

Thời hạn tạm trú theo phép của cơ quan quản lý xuất nhập cảnh.
Length of stay is subject to permission by Immigration Authority.

Ghi chú / Annotation:



Cấp tại / Issued at: Washington
Ngày / On: 28 Mar 2019

Tham tán



Quản Trị Kiều Anh

```
V<VNMRAHEIM<<RONALD<HAMILTON<<<<<<<<<<<<<<<
5461709565USA9601053M1907014<<<<<<<<<<<<<75
```



## CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
### SOCIALIST REPUBLIC OF VIET NAM

**THỊ THỰC**    Số / N°: **T 0781768**    KÝ HIỆU / Category: **DL**
*VISA*

CÓ GIÁ TRỊ TỪ NGÀY / Valid from: **01 Jan 2019**    ĐẾN NGÀY / until: **01 Apr 2019**

SỬ DỤNG MỘT / NHIỀU LẦN / Good for single / multiple entries: **Nhiều lần / Multiple entries**

HỌ TÊN / Full name: **HAMILTON RAHEIM RONALD**

NGÀY SINH / Date of birth: **05 Jan 1996**

MANG HỘ CHIẾU CỦA NƯỚC / LÃNH THỔ / Holding passport of country / territory: **USA/Hoa Kỳ**    Số / N°: **546170956**

THỜI HẠN TẠM TRÚ THEO PHÉP CỦA CƠ QUAN QUẢN LÝ XUẤT NHẬP CẢNH.
*Length of stay is subject to permission by Immigration Authority.*

GHI CHÚ / Annotation:



CẤP TẠI / Issued at: **Washington**    NGÀY / On: **12 Dec 2018**

*Tham tán*



*Quản Thị Kiều Anh*

```
V<VNMHAMILTON<<RAHEIM<RONALD<<<<<<<<<<<<<<<<
5461709565USA9601053M1904013<<<<<<<<<<<<<<26
```



## CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM
### SOCIALIST REPUBLIC OF VIET NAM

**THỊ THỰC** / **VISA**  Số/N°: T 0064164  KÝ HIỆU/Category: DL

CÓ GIÁ TRỊ TỪ NGÀY / Valid from: 15 Aug 2018  ĐẾN NGÀY / until: 15 Sep 2018

SỬ DỤNG MỘT / NHIỀU LẦN / Good for single / multiple entries: **Một lần** / *Single entry*

HỌ TÊN / Full name: HAMILTON RAHEIM RONALD

NGÀY SINH / Date of birth: 05 Jan 1996

MANG HỘ CHIẾU CỦA NƯỚC / LÃNH THỔ / Holding passport of country / territory: USA/Hoa Kỳ  Số/N°: 546170956

THỜI HẠN TẠM TRÚ THEO PHÉP CỦA CƠ QUAN QUẢN LÝ XUẤT NHẬP CẢNH.
Length of stay is subject to permission by Immigration Authority.

GHI CHÚ / Annotation:



CẤP TẠI / Issued at: Washington  NGÀY / On: 08 Aug 2018

*Tham tán*



*Quản Thị Kiều Anh*

```
V<VNMHAMILTON<<RAHEIM<RONALD<<<<<<<<<<<<<<<
5461709565USA9601053M1809152<<<<<<<<<<<<<22
```