UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAHEIM HAMILTON | No. 22 CR 323-2<br><br>Judge Steven C. Seeger |

## **JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and WILL EDELMAN, counsel for defendant, Raheim HAMILTON, jointly submit this Status Report pursuant to the Court's order of January 19, 2023. Dkt.28. The parties advise:

1. The defendant is charged by indictment with conspiring to sell counterfeit currency, in violation of Title 18, United States Code, Sections 371 and 473.

2. On December 21, 2022, HAMILTON was arrested in the Eastern District of Virginia.

3. On December 23, 2022, HAMILTON was ordered detained by a Magistrate Judge in the Eastern District of Virginia. *See* Dkt. 51. A transcript of the Virginia detention hearing is available at Docket Entry 39.

4. On January 24, 2023, HAMILTON filed a motion for pretrial release in the Northern District of Illinois. Dkt. 37.

5. On January 27, 2023, the parties filed an agreed motion for entry of a protective order. Dkt. 44. That motion is pending.

6. On February 6, 2023, the government filed a response in opposition to HAMILTON's motion for pretrial release. Dkt. 50.

7. On February 7, 2023, after a hearing, Magistrate Judge Fuentes issued an order of detention as to Raheim HAMILTON. Dkt. 53. The government has ordered the transcript of the detention hearing before Judge Fuentes and will provide a copy to the Court upon receipt.

8. On February 15, 2023, discovery materials were provided to the defendant. The discovery materials in this case are voluminous. The government anticipates making additional productions on a rolling basis.

9. On February 16, 2023, the defendant filed motion appealing Judge Fuentes's detention order. Dkt. 59. That motion is pending.

10. The defense is reviewing the discovery in this matter. Accordingly, the parties respectfully request that this case be set for a status conference or that the parties submit another status report in approximately 45 days.

11. The parties further request that time be excluded, in the interest of justice, to permit the ongoing review of discovery, allow for effective preparation of the case and permit the parties to discuss potential resolutions short of trial. *See* 18 U.S.C. § 3161(h)(6) and (h)(7).

        Respectfully Submitted,

        JOHN R. LAUSCH, JR.
        UNITED STATES ATTORNEY

By: /s/ *Melody Wells*
Melody Wells
Ann Marie E. Ursini
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-1110

Dated: February 22, 2023