## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                       Case No.: 1:22−cr−00323
                                                Honorable Steven C. Seeger

Thomas Pavey, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 2, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Raheim Hamilton: The first motion for entry of an agreed protective order (Dckt. No. [44]) is hereby denied as moot in light of this Court's order granting the second motion for entry of an agreed protective order (Dckt. No. [55]). If this Court is missing something, and there was something unique about the first motion that remains a live issue, the parties can simply refile it. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.