## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                              Case No.: 1:22−cr−00323
                                                         Honorable Steven C. Seeger

Thomas Pavey, et al.

Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Raheim Hamilton: The Court amends its previous order (Dckt. No. [61]) to include the exclusion of time. Without objection, the Court excludes time in the interest of justice and for the reasons stated by the parties under 18 U.S.C. § 3161(h)(6) and (h)(7). Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.