# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                     Case No.: 1:22−cr−00323

                                                          Honorable Steven C. Seeger

Thomas Pavey, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Raheim Hamilton: Hearing held on March 23, 2023. The Court entertained oral argument on defendant's appeal of the order of detention, which lasted about two hours. For the reasons stated in open court, this Court affirms the order of detention. See 18 U.S.C. § 3145. The Court agrees with the decisions of both of the Magistrate Judges that denied bail and ordered pretrial detention (including Magistrate Judge Miller in the Eastern District of Virginia, and Magistrate Judge Fuentes in the Northern District of Illinois). Based on the entire record, the Court finds by a preponderance of the evidence that defendant poses a serious risk of flight. After considering the factors in 18 U.S.C. § 3142(g), the Court finds that no condition or set of conditions will reasonably assure defendant's appearance. Defendant shall be remanded into custody of the U.S. Marshals. A status hearing is set for May 30, 2023 at 10:00 a.m. Without objection, time is excluded in the interest of justice from March 23, 2023 to and including the next hearing pursuant to 18 U.S.C. § 3161(h)(7)(A) for reasons stated on the record. Mailed notice (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.