# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:22−cr−00323
Honorable Steven C. Seeger

Thomas Pavey, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2023:

MINUTE entry before the Honorable Steven C. Seeger as to Raheim Hamilton: Status hearing held. Parties report on status of discovery and the government's intention to supersede the current charges. A status hearing is set for September 6, 2023 at 10:15 a.m. Without objection, time is excluded in the interest of justice from July 13, 2023 to and including September 6, 2023 pursuant to 18 U.S.C. § 3161(h)(7)(A) for reasons stated on the record. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.