# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:22−cr−00323
                                                Honorable Steven C. Seeger

Thomas Pavey, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2023:

      MINUTE entry before the Honorable Steven C. Seeger as to Raheim Hamilton: Status hearing held on September 6, 2023. Counsel discussed the status of discovery. A status report is due by November 8, 2023. Without objection, time is excluded in the interest of justice from September 6, 2023 to and including the status report deadline pursuant to 18 U.S.C. § 3161(h)(7)(A) for reasons stated on the record. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.